# Exhibit 6



BALLYGATE CAPITAL LIMITED

CONFIRMATION #:  ACKV_TDC DC_141118054
DATE:  November 18, 2014

## TRADE CONFIRMATION

Ballygate confirms the following terms for the agreed upon transaction:

| | |
|---|---|
| Security Type: | STOCK (CASH EQUITY) |
| Ballygate Acting As: | MATCHED PRINCIPAL |
| Trade Date: | 18-Nov-14 |
| Settlement Date: | 20-Nov-14 |
| Customer Legal Entity: | ACKVIEW LLC SOLO 401K PLAN |
| Customer BUY or SELL: | SELL |
| Stock Ticker: | TDC DC |
| Stock Description: | TDC A/S |
| Total Share Quantity: | 3,141,499 |

| | |
|---|---|
| Share Split 1: | - |
| Share Split 2: | - |
| Share Split 3: | - |
| Share Split 4: | - |
| Share Split 5: | - |

| | |
|---|---|
| Trade Price (Net): | 47.40 |
| Trade Currency: | DKK |
| Trade Notional: | 148,907,052.60 |
| Exchange: | COPENHAGEN |
| Commission (Bps) | 0.125 |
| Commission (Trade Ccy)* | 1,861.34 |
| *Trades will be billed monthly or quarterly in the following currency: | USD |

*We thank you for the opportunity to have been of service and trust that the above accurately represents your understanding of the transaction in question. Failure to object in writing to the transaction confirmed above by the earlier of 24 hours after your receipt of this confirmation or prior to 9 a.m. local market time  on the settlement date shall be deemed your agreement to the correctness of this confirmation. Please note we have acted as matched (riskless) principal in this transaction and in accordance with your account categorisation as a "sophisticated client". Ballygate is not responsible for the performance of this or any other transaction.*