# Exhibit 21

**Arnold & Porter Kaye Scholer LLP**

**Bill and Payment Summary**

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00001 | 2626601 | 3/4/2010 | $6,026.25 | - | $6,026.25 | ($6,026.25) | 4/19/2010 | - | |
| | 2631064 | 4/12/2010 | $8,723.50 | - | $8,723.50 | ($8,723.50) | 4/26/2010 | - | |
| | 2632796 | 5/4/2010 | - | - | $268.55 | ($268.55) | 5/4/2010 | - | |
| | 2633095 | 5/10/2010 | $15,940.05 | $77.90 | $16,017.95 | ($16,017.95) | 6/1/2010 | - | |
| | 2635694 | 6/8/2010 | $19,094.80 | $132.50 | $19,227.30 | ($19,227.30) | 7/26/2010 | - | |
| | 2646735 | 10/6/2010 | $2,511.85 | - | $2,511.85 | ($2,511.85) | 12/14/2010 | - | |
| | 2653901 | 12/9/2010 | $20,368.60 | - | $20,368.60 | ($20,368.60) | 1/4/2011 | - | |
| | 2657645 | 1/28/2011 | $15,000.00 | - | $15,000.00 | ($15,000.00) | 2/15/2011 | - | |
| | 2663115 | 3/15/2011 | $20,855.40 | - | $20,855.40 | ($20,855.40) | 3/28/2011 | - | |
| | 2676549 | 8/9/2011 | $1,173.75 | $319.95 | $1,493.70 | ($1,493.70) | 9/13/2011 | - | |
| | 2679893 | 9/12/2011 | $830.70 | - | $830.70 | ($830.70) | 10/3/2011 | - | |
| | 2682560 | 10/11/2011 | $13,970.50 | $661.75 | $14,632.25 | ($14,632.25) | 11/8/2011 | - | |
| | 2685991 | 11/14/2011 | $6,535.85 | - | $6,535.85 | ($6,535.85) | 12/20/2011 | - | |
| | 2688474 | 12/12/2011 | $1,927.50 | $224.25 | $2,151.75 | ($2,151.75) | 12/19/2011 | - | |
| | 2696544 | 3/31/2012 | $14,797.45 | $449.09 | $15,246.54 | ($15,246.54) | 4/24/2012 | - | |
| | 2702756 | 5/14/2012 | $1,401.60 | $131.25 | $1,532.85 | ($1,532.85) | 7/31/2012 | - | |
| | 2705166 | 6/18/2012 | $2,372.50 | $45.06 | $2,417.56 | ($2,417.56) | 7/31/2012 | - | |
| | 2708329 | 7/17/2012 | $1,371.15 | - | $1,371.15 | ($1,371.15) | 8/14/2012 | - | |
| | 2711502 | 8/16/2012 | $392.35 | - | $392.35 | ($392.35) | 9/4/2012 | - | |
| | 2713751 | 9/13/2012 | $1,114.50 | - | $1,114.50 | ($1,114.50) | 10/10/2012 | - | |
| | 2720986 | 11/20/2012 | $3,804.90 | $2,660.57 | $6,465.47 | ($6,465.47) | 12/18/2012 | - | |
| | 2722890 | 12/10/2012 | $12,924.75 | $84.81 | $13,009.56 | ($13,009.56) | 12/18/2012 | - | |
| | 2727062 | 1/29/2013 | $2,400.00 | - | $2,400.00 | ($2,400.00) | 2/19/2013 | - | |
| | 2728997 | 2/21/2013 | $6,231.90 | $99.00 | $6,330.90 | ($6,330.90) | 4/12/2013 | - | |
| | 2731658 | 3/25/2013 | $481.90 | - | $481.90 | ($481.90) | 4/22/2013 | - | |
| | 2734523 | 4/22/2013 | $15,301.05 | $125.00 | $15,426.05 | ($15,426.05) | 5/7/2013 | - | |
| | 2737633 | 5/22/2013 | $11,602.85 | - | $11,602.85 | ($11,602.85) | 6/4/2013 | - | |
| | 2745613 | 8/26/2013 | $713.70 | - | $713.70 | ($713.70) | 9/13/2013 | - | |
| | 2747225 | 9/10/2013 | $4,542.50 | - | $4,542.50 | ($4,542.50) | 9/23/2013 | - | |
| | 2749882 | 10/7/2013 | $1,401.05 | - | $1,401.05 | ($1,401.05) | 10/15/2013 | - | |
| | 2754424 | 11/15/2013 | $5,245.00 | $1,100.00 | $6,345.00 | ($6,345.00) | 11/22/2013 | - | |
| | 2756477 | 12/10/2013 | - | $3,000.00 | $3,000.00 | ($3,000.00) | 1/8/2014 | - | |
| | 2760179 | 1/13/2014 | $1,283.75 | - | $1,283.75 | ($1,283.75) | 1/21/2014 | - | |
| | 2762871 | 2/20/2014 | $103.95 | - | $103.95 | ($103.95) | 3/24/2014 | - | |
| | 2775031 | 7/22/2014 | $1,815.30 | - | $1,815.30 | ($1,815.30) | 8/4/2014 | - | |
| | 2777180 | 8/25/2014 | $1,665.30 | - | $1,665.30 | ($1,665.30) | 10/27/2014 | - | |
| | 2780144 | 9/24/2014 | $4,258.90 | $484.50 | $4,743.40 | ($4,743.40) | 10/6/2014 | - | |
| | 2783712 | 11/14/2014 | $13,429.65 | - | $13,429.65 | ($13,429.65) | 11/24/2014 | - | |
| | 2786881 | 12/24/2014 | $753.45 | - | $753.45 | ($753.45) | 12/31/2014 | - | |
| | 2791361 | 2/19/2015 | $868.75 | - | $868.75 | ($868.75) | 3/9/2015 | - | |
| | 2794345 | 3/30/2015 | $137.70 | - | $137.70 | ($137.70) | 4/30/2015 | - | |
| | 2805139 | 7/31/2015 | $1,446.25 | - | $1,446.25 | ($1,446.25) | 8/17/2015 | - | |
| | 2807022 | 8/21/2015 | $70.00 | $250.50 | $320.50 | ($320.50) | 2/1/2016 | - | |
| | | General - Total | $244,890.90 | $9,846.13 | $255,005.58 | ($255,005.58) | | - | - |
| | | **GRAND TOTAL** | **$244,890.90** | **$9,846.13** | **$255,005.58** | **($255,005.58)** | | - | - |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**WH_MDL_00355007**



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                    March 4, 2010
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 626801
**Our File Number:** 00647/0001                    **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2010

|            |                          | Hours |
|------------|--------------------------|------:|
| 01/12/2010 | Ben-Jacob, Michael       | 1.00  |
| 01/21/2010 | Ben-Jacob, Michael       | 0.67  |
| 01/22/2010 | Ben-Jacob, Michael       | 0.08  |
| 01/22/2010 | Ben-Jacob, Michael       | 0.08  |
| 02/02/2010 | Migliaccio, Christopher  | 2.75  |
| 02/03/2010 | Migliaccio, Christopher  | 1.00  |
| 02/04/2010 | Migliaccio, Christopher  | 1.50  |
| 02/05/2010 | Ben-Jacob, Michael       | 0.17  |
| 02/05/2010 | Migliaccio, Christopher  | 2.75  |
| 02/11/2010 | Ben-Jacob, Michael       | 0.25  |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

   **RE:** General                                              **Invoice#:** 626801
   **Our File Number:** 00647/0001                              **PAGE:**    2

═══════════════════════════════════════════════════════════════

██████████████████████████████████████

02/11/2010  Migliaccio, Christopher                                3.50

████████████████████████████████████████

                                        Total Hours.................    13.75

             Fees through 02/28/2010...................................    $6,026.25


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                          | Rate     | Hours  | Fees       |
|--------------------------|----------|--------|------------|
| Ben-Jacob, Michael       | $685.00  | 2.25   | $1,541.25  |
| Migliaccio, Christopher  | 390.00   | 11.50  | 4,485.00   |
| Fees through 02/28/2010............... | | 13.75 | $6,026.25 |


Fees this Invoice........................................................    $6,026.25

**Total Due this Invoice...........................................**    **$6,026.25**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    March 4, 2010

  **RE:** General                                    **Invoice#:** 626801
  **Our File Number:** 00647/0001                            **PAGE:**    3

═══════════════════════════════════════════════════════════════════════════

Kaye Scholer LLP

                                    425 Park Avenue
                                    New York, NY  10022-3598
                                    212-836-8000
                                    Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 626801
Total Amount Due: $6,026.25



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                       April 12, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 631064
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2010

|            |                       | Hours |
|------------|-----------------------|-------|
| 01/20/2010 | Tuchman, L.           | 0.50  |
| 01/20/2010 | Tuchman, L.           | 0.50  |
| 01/20/2010 | Tuchman, L.           | 0.58  |
| 01/21/2010 | Ben-Jacob, Michael    | 0.67  |
| 01/21/2010 | Tuchman, L.           | 0.17  |
| 01/21/2010 | Tuchman, L.           | 0.17  |
| 01/21/2010 | Tuchman, L.           | 0.17  |
| 02/02/2010 | Ben-Jacob, Michael    | 1.00  |
| 03/16/2010 | Ben-Jacob, Michael    | 0.75  |

03/16/2010  Call w/Matt re tax credits for German withholding on dividends; follow up
            meeting w/Greg.

**KAYE SCHOLER LLP**

TO:    Argre Management LLC

April 12, 2010

RE: General

**Invoice#:** 631064

**Our File Number:** 00647/0001

**PAGE:**   2

| Date | Timekeeper | Hours |
|---|---|---|
| 03/16/2010 | Benson, Gregg M | 2.50 |
| | Discuss with mbj; foreign tax credit research and review of notice 98-5. | |
| 03/18/2010 | Ben-Jacob, Michael | 1.17 |
| | Meeting w/Greg re: Foreign tax credit questions re: Irish/German investment review/edit email to Matt w/conclusions. | |
| 03/18/2010 | Benson, Gregg M | 3.75 |
| | Research regarding foreign tax credits through a pass-through; review notice 98-5; discuss with mbj; prepare email summary. | |
| 03/22/2010 | Ben-Jacob, Michael | 0.58 |
| | Call w/John; foreign tax credit matters; related meeting w/Argre re foreign source income questions. | |
| 03/22/2010 | Veillette, Rebecca | 0.50 |

Total Hours.................   13.01

Fees through 03/31/2010....................................   $8,723.50


*---------------------------------TIME AND FEE SUMMARY----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 4.17 | $2,856.45 |
| Tuchman, L. | 870.00 | 2.09 | 1,818.30 |
| Benson, Gregg M | 625.00 | 6.25 | 3,906.25 |
| Veillette, Rebecca | 285.00 | 0.50 | 142.50 |
| Fees through 03/31/2010............... | | 13.01 | $8,723.50 |


*---------------------------------OUTSTANDING BALANCE---------------------------------*


**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355012

KAYE SCHOLER LLP

TO:    Argre Management LLC                                     April 12, 2010

**RE:** General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                               **PAGE:**    3

=====================================================================================

| Invoice# | Date | Amount |
|----------|------|--------|
| 626801 | 03/04/2010 | $6,026.25 |
| Prior Balance Due............................................................... | | $6,026.25 |

| | |
|---|---|
| Fees this Invoice........................................................... | $8,723.50 |
| Total Due this Invoice.................................................... | $8,723.50 |
| Prior Balance Due (from above)...................................... | 6,026.25 |
| **TOTAL DUE**............................................................... | **$14,749.75** |

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**
**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355013**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      April 12, 2010

**RE:** General                                          **Invoice#:** 631064
**Our File Number:** 00647/0001                              **PAGE:**    4

===================================================================

Kaye Scholer LLP

                                        425 Park Avenue
                                        New York, NY  10022-3598
                                        212-836-8000
                                        Fed. ID No. 13-1672623


CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 631064
Total Amount Due: $14,749.75

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355014



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 4, 2010
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com
       Attn: John H. van Merkensteijn, III


       **RE:** General                                 **Invoice#:** 632796
       **Our File Number:** 00647/0001                        **PAGE:** 1

===============================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 05/04/2010

===============================================================


On-Account Fees................................................    $268.55
Adjusted Fees.................................................                $268.55
**Total Due this Invoice**...............................................                **$268.55**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
            Mail Code 81
            P. O. Box 11839
            Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: Argre Management LLC
        Our File Number: 00647/0001
        Invoice Number: 632796
        Total Amount Due: $268.55

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      May 10, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                          **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2010

|  |  | **Hours** |
|---|---|---:|
| 04/16/2010 | Tuchman, L. | 0.75 |
|  | ██████████████████████████████████ |  |
| 04/19/2010 | Ben-Jacob, Michael | 1.08 |
|  | Attention to matters needed for Irish/German dividend deal. |  |
| 04/20/2010 | Tuchman, L. | 0.75 |
|  | ██████████████████████████████████ |  |
| 04/22/2010 | Tuchman, L. | 0.33 |
|  | ████████████████████████ |  |
| 04/23/2010 | Ben-Jacob, Michael | 2.17 |
|  | ██████████████████████████ |  |
| 04/23/2010 | Tuchman, L. | 4.25 |
|  | ██████████████████████████ |  |
| 04/26/2010 | Ben-Jacob, Michael | 1.17 |
|  | ██████████████████████████ |  |
| 04/27/2010 | Ben-Jacob, Michael | 0.25 |
|  | ██████████████████████████ |  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355017**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                                May 10, 2010

   **RE:** General                                                **Invoice#:** 633095
   **Our File Number:** 00647/0001                                **PAGE:**    2

================================================================================

04/27/2010    Schneider, W.H.                                                      0.25
████████████████████████████████████████████████

04/27/2010    Tuchman, L.                                                          4.58
█████████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████████████

04/28/2010    Ben-Jacob, Michael                                                   0.25
████████████████████████████████████████████████

04/28/2010    Tuchman, L.                                                          4.25
            Meeting with J. van Merkensteijn, M. Stein, A. LaRossa, J. Lhote and
            conference call with potential investor; office conferences with M. Ben-
            Jacob re: proposed structure; revision of steps outline and charts; research
            carried interest issues and office conference with G. Benson.

04/29/2010    Ben-Jacob, Michael                                                   0.83
███████████████████████████████████████████████████████████████

04/29/2010    Schneider, W.H.                                                      0.25
█████████████████████████████████████████

04/29/2010    Tuchman, L.                                                          1.83
███████████████████████████████████████████████████████████

                                                                          ----------
                                    Total Hours.................       22.99
                  Fees through 04/30/2010...................................    $18,940.05


        *----------------------------TIME AND FEE SUMMARY----------------------------*
                                    Rate          Hours            Fees
        Ben-Jacob, Michael         $685.00         5.75         $3,938.75
        Schneider, W.H.             875.00         0.50            437.50
        Tuchman, L.                 870.00        16.74         14,563.80
                                                ---------       ----------
                  Fees through 04/30/2010...............        22.99         $18,940.05


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355018**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                             May 10, 2010

    **RE:** General                                                    **Invoice#:** 633095
    **Our File Number:** 00647/0001                                   **PAGE:**    3

═══════════════════════════════════════════════════════════════════

        \*-----------------------COSTS ADVANCED THROUGH 04/30/2010-----------------------\*
          Meals                                                         $77.90
                      Total Costs through 04/30/2010........................    $77.90


       Fees this Invoice.....................................    $18,940.05
       Less Discount of......................................    (3,000.00)

       Adjusted Fees.........................................              $15,940.05
       Costs this Invoice....................................              $77.90
       Total Due this Invoice................................              $16,017.95
       Applied On-account Value..............................              (268.55)

       **TOTAL DUE**..........................................              **$15,749.40**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      May 10, 2010

RE: General                                          **Invoice#:** 633095
**Our File Number:** 00647/0001                           **PAGE:**    4

===============================================================================

Kaye Scholer LLP

                                          425 Park Avenue
                                          New York, NY  10022-3598
                                          212-836-8000
                                          Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 633095
Total Amount Due: $15,749.40



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    June 8, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                    **Invoice#:** 635694
**Our File Number:** 00647/0001                    **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2010

|  |  | **Hours** |
|---|---|---|
| 03/01/2010 | Veillette, Rebecca | 1.50 |
| | ███████████████████████ | |
| 03/01/2010 | Veillette, Rebecca | 1.00 |
| | ███████████████████████ | |
| 03/03/2010 | Veillette, Rebecca | 0.17 |
| | ███████████████████████ | |
| 04/25/2010 | Tuchman, L. | 2.75 |
| | ███████████████████████ | |
| 04/26/2010 | Tuchman, L. | 3.83 |
| | ███████████████████████ | |
| 04/30/2010 | Tuchman, L. | 1.33 |
| | ███████████████████████ | |
| 05/02/2010 | Tuchman, L. | 1.75 |
| | ███████████████████████ | |

KAYE SCHOLER LLP

TO:   Argre Management LLC                                      June 8, 2010

   **RE:** General                                       **Invoice#:** 635694
   **Our File Number:** 00647/0001                        **PAGE:**   2

========================================================================

| | | |
|---|---|---|
| 05/03/2010 | Tuchman, L. | 0.75 |
| | Telephone conferences with M. Stein and J. Van Merkensteijn. | |
| 05/03/2010 | Benson, Gregg M | 4.00 |
| | ███████████████████████████ | |
| 05/04/2010 | Tuchman, L. | 0.75 |
| | ███████████████████████████ | |
| 05/05/2010 | Tuchman, L. | 0.75 |
| | ███████████████████████████ | |
| 05/05/2010 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob; telephone conference client and review of material re investments. | |
| 05/06/2010 | Tuchman, L. | 1.00 |
| | ███████████████████████████ | |
| 05/06/2010 | Woodard, A.F. | 1.50 |
| | Review of material re possible investment strategies. | |
| 05/07/2010 | Woodard, A.F. | 0.67 |
| | ███████████████████████████ | |
| 05/09/2010 | Tuchman, L. | 1.00 |
| | ███████████████ | |
| 05/10/2010 | Woodard, A.F. | 0.25 |
| | ███████████████ | |

                                          ----------
                        Total Hours................  24.75

           Fees through 05/31/2010...................  $19,094.80


*--------------------------------TIME AND FEE SUMMARY--------------------------------*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355022**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                June 8, 2010

　RE: General                                    **Invoice#:** 635694
　**Our File Number:** 00647/0001                      **PAGE:**    3

===============================================================================

|                  | Rate     | Hours | Fees        |
|------------------|----------|-------|-------------|
| Tuchman, L.      | $870.00  | 13.91 | $12,101.70  |
| Woodard, A.F.    | 895.00   | 4.17  | 3,732.15    |
| Benson, Gregg M  | 625.00   | 4.00  | 2,500.00    |
| Veillette, Rebecca | 285.00 | 2.67  | 760.95      |

　　　　Fees through 05/31/2010...............    24.75    $19,094.80

　　*-----------------------COSTS ADVANCED THROUGH 05/31/2010----------------------*
　　　Transportation                                    $132.50
　　　　Total Costs through 05/31/2010........................    $132.50


　　Fees this Invoice........................................................    $19,094.80
　　Costs this Invoice.......................................................    $132.50
　　**Total Due this Invoice................................................**    **$19,227.30**

KAYE SCHOLER LLP

TO:     Argre Management LLC                                                June 8, 2010

    **RE:** General                                                **Invoice#:** 635694
    **Our File Number:** 00647/0001                                **PAGE:**     4

===============================================================================

Kaye Scholer LLP

                                        425 Park Avenue
                                        New York, NY  10022-3598
                                        212-836-8000
                                        Fed. ID No. 13-1672623

CITIBANK WIRING INSTRUCTIONS

CITIBANK NA
666 5th Avenue
5th Floor
New York, NY 10103
Attn: Yoannis Cepeda
Tele# 212-559-1980

ABA Routing # 021000089
Acct Name: KAYE SCHOLER LLP
Account # 24589163
SWIFT CODE CITIUS33

RE: Argre Management LLC
Invoice # 635694
Total Amount Due: $19,227.30

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355024**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                      October 6, 2010
        40 West 57th Street
        New York, New York  10019
        Attn: John H. van Merkensteijn, III

**RE:** General                                           **Invoice#:** 646735
**Our File Number:** 00647/0001                               **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2010

|            |                      | Hours |
|------------|----------------------|------:|
| 09/07/2010 | Ben-Jacob, Michael   | 0.33 |
| 09/20/2010 | Tuchman, L.          | 0.42 |
| 09/21/2010 | Ben-Jacob, Michael   | 0.50 |
| 09/21/2010 | Tuchman, L.          | 0.42 |
| 09/27/2010 | Ben-Jacob, Michael   | 0.50 |
| 09/27/2010 | Tuchman, L.          | 1.00 |

Total Hours.................  3.17

Fees through 09/30/2010...................................  $2,511.85

*----------------------------------TIME AND FEE SUMMARY---------------------------------*

|                      | Rate     | Hours | Fees     |
|----------------------|---------:|------:|---------:|
| Ben-Jacob, Michael   | $685.00  | 1.33  | $911.05  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355025**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                                October 6, 2010

    **RE:** General                                                           **Invoice#:** 646735
    **Our File Number:** 00647/0001                                        **PAGE:**    2

===============================================================================

Tuchman, L.                                    870.00          1.84          1,600.80

          Fees through 09/30/2010...............          3.17          $2,511.85


Fees this Invoice.................................................................          $2,511.85

**Total Due this Invoice............................................................**          **$2,511.85**


**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355026**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 646735
Total Amount Due: $2,511.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 9, 2010
       40 West 57th Street
       New York, New York  10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                          **Invoice#:** 653901
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2010

|            |                        | **Hours** |
|------------|------------------------|-----------|
| 11/09/2010 | Ben-Jacob, Michael     | 1.67      |
|            | Call with Matt regarding dividend transaction.  Related conference with Gary. | |
| 11/11/2010 | Ben-Jacob, Michael     | 0.25      |
|            | ██████████████████████ | |
| 11/11/2010 | Soloveichik, Sarah     | 0.17      |
|            | ██████████████████████ | |
| 11/12/2010 | Ben-Jacob, Michael     | 0.33      |
|            | ██████████████████████ | |
| 11/17/2010 | Tuchman, L.            | 2.75      |
|            | ██████████████████████ | |
| 11/18/2010 | Ben-Jacob, Michael     | 0.33      |
|            | ██████████████████████ | |
| 11/18/2010 | Gartner, Gary J        | 1.00      |
|            | ██████████████████████ | |
| 11/18/2010 | Tuchman, L.            | 0.83      |
|            | ██████████████████████ | |
| 11/19/2010 | Ben-Jacob, Michael     | 0.17      |
|            | ██████████████████████ | |
| 11/19/2010 | Gartner, Gary J        | 1.83      |
|            | ██████████████████████ | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355028**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                  December 9, 2010

  **RE:** General                                            **Invoice#:** 653901
  **Our File Number:** 00647/0001                              **PAGE:**   2

═══════════════════════════════════════════════════════════════════════════



| | | |
|---|---|---|
| 11/22/2010 | Ben-Jacob, Michael | 0.58 |
| 11/22/2010 | Gartner, Gary J | 1.42 |
| 11/23/2010 | Ben-Jacob, Michael | 5.00 |
| 11/23/2010 | Scheine, Jeffrey D | 5.00 |
| 11/24/2010 | Ben-Jacob, Michael | 0.92 |
| 11/24/2010 | Gartner, Gary J | 1.92 |
| 11/24/2010 | Tuchman, L. | 0.58 |
| 11/30/2010 | Gartner, Gary J | 0.92 |
| 11/30/2010 | Tuchman, L. | 2.00 |

                                        Total Hours................   27.67

            Fees through 11/30/2010...................................   $22,438.45


   *---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $685.00 | 9.25 | $6,336.25 |
| Gartner, Gary J | 930.00 | 7.09 | 6,593.70 |
| Scheine, Jeffrey D | 820.00 | 5.00 | 4,100.00 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355029**

**KAYE SCHOLER LLP**

TO:   Argre Management LLC                                December 9, 2010

   **RE:** General                                        **Invoice#:** 653901
   **Our File Number:** 00647/0001                       **PAGE:**   3

===============================================================================

| | | | |
|---|---|---|---|
| Tuchman, L. | 870.00 | 6.16 | 5,359.20 |
| Soloveichik, Sarah | 290.00 | 0.17 | 49.30 |
| Fees through 11/30/2010............... | | 27.67 | $22,438.45 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 646735 | 10/06/2010 | $2,511.85 |
| Prior Balance Due........................................................ | | $2,511.85 |

| | | |
|---|---|---|
| Fees this Invoice.................................. | $22,438.45 | |
| Less Discount of.................................. | (2,069.85) | |
| Adjusted Fees........................................................ | | $20,368.60 |
| Total Due this Invoice................................ | | $20,368.60 |
| Prior Balance Due (from above)................................ | | 2,511.85 |
| **TOTAL DUE**........................................................ | | **$22,880.45** |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355030**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 653901
Total Amount Due: $22,880.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · MENLO PARK · NEW YORK · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                          January 28, 2011
       40 West 57th Street
       New York, New York 10019
       Attn: John H. van Merkensteijn, III

**RE:** General                                      **Invoice#:** 657645
**Our File Number:** 00647/0001                      **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2010

|  |  | Hours |
|---|---|---|
| 12/01/2010 | Gartner, Gary J | 1.75 |
|  | Telephone conference regarding withholding issue and consideration of Code provision. | |
| 12/01/2010 | Scheine, Jeffrey D | 0.50 |
|  | Discussion with Louis Tuchman concerning foreign tax credit issues. | |
| 12/01/2010 | Tuchman, L. | 2.17 |
|  | Office conferences with J. Scheine and S. Soloveichik regarding proposed foreign tax credit structure; ██████████████████████████ | |
| 12/01/2010 | Soloveichik, Sarah | 0.17 |
|  | Received background information from Louis Tuchman. | |
| 12/02/2010 | Ben-Jacob, Michael | 1.17 |
|  | ██████████████████████████████ | |
| 12/02/2010 | Gartner, Gary J | 1.08 |
|  | Consider issues regarding single stock future. | |
| 12/02/2010 | Tuchman, L. | 0.25 |
|  | Office conference with M.B. Jacobs re: domain trading. | |
| 12/03/2010 | Ben-Jacob, Michael | 1.00 |
|  | ██████████████████████████████ | |
| 12/03/2010 | Gartner, Gary J | 0.83 |
|  | ██████████████████████████████ | |
| 12/03/2010 | Soloveichik, Sarah | 2.33 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                January 28, 2011

RE: General                                    **Invoice#:** 657645
**Our File Number:** 00647/0001                          **PAGE:**    2

==================================================================

      Researched how an entity's creditable foreign tax expenditures are
      allocated when the entity is a hybrid.

| 12/03/2010 | Soloveichik, Sarah | 0.75 |
|---|---|---|

Researched how an entity's creditable foreign tax expenditures are
allocated when the entity is a hybrid.  Summarized research in email to
Louis Tuchman.

| 12/06/2010 | Ben-Jacob, Michael | 1.58 |
|---|---|---|

Call with Jerome re German tax refund/FTC questions ███████████

| 12/06/2010 | Wells, Peter B | 2.58 |
| 12/07/2010 | Ben-Jacob, Michael | 1.08 |
| 12/07/2010 | Wells, Peter B | 4.42 |
| 12/08/2010 | Ben-Jacob, Michael | 1.67 |
| 12/08/2010 | Tuchman, L. | 1.25 |
| 12/08/2010 | Wells, Peter B | 1.42 |
| 12/09/2010 | Ben-Jacob, Michael | 0.33 |
| 12/09/2010 | Wells, Peter B | 1.67 |
| 12/15/2010 | Ben-Jacob, Michael | 0.25 |

**KAYE SCHOLER LLP**

TO:     Argre Management LLC                                        January 28, 2011

RE: General                                                **Invoice#:** 657645
**Our File Number:** 00647/0001                              **PAGE:**    3

═══════════════════════════════════════════════════════════════════════

| 12/21/2010 | Ben-Jacob, Michael | 0.50 |
| 12/22/2010 | Ben-Jacob, Michael | 0.25 |
| 12/28/2010 | Wells, Peter B | 1.17 |
| 12/30/2010 | Wells, Peter B | 0.25 |

Total Hours................     30.42

Fees through 12/31/2010....................................     $18,780.00

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|                    | Rate | Hours | Fees |
|--------------------|------|-------|------|
| Ben-Jacob, Michael | $685.00 | 7.83 | $5,363.55 |
| Gartner, Gary J | 930.00 | 3.66 | 3,403.80 |
| Scheine, Jeffrey D | 820.00 | 0.50 | 410.00 |
| Tuchman, L. | 870.00 | 3.67 | 3,192.90 |
| Soloveichik, Sarah | 290.00 | 3.25 | 942.50 |
| Wells, Peter B | 475.00 | 11.51 | 5,467.25 |
| Fees through 12/31/2010.............. | | 30.42 | $18,780.00 |

| Fees this Invoice................................... | $18,780.00 |
| Less Discount of................................ | (3,780.00) |
| Adjusted Fees........................................................... | $15,000.00 |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    January 28, 2011

**RE:** General                                              **Invoice#:** 657645
**Our File Number:** 00647/0001                              **PAGE:**    4

**Total Due this Invoice**................................................................    **$15,000.00**

**NET DUE UPON RECEIPT**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                        **WH_MDL_00355035**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 657645
Total Amount Due: $15,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355036

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York  10019
Attn: John H. van Merkensteijn, III

March 15, 2011

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 663115
**PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 02/28/2011

|            |                                                                                                           | Hours |
|------------|-----------------------------------------------------------------------------------------------------------|-------|
| 02/01/2011 | Ben-Jacob, Michael                                                                                        | 1.33  |
|            | Call with John re German Ex-Dividend transaction and structuring with charity; related research/review of memo. |       |
| 02/02/2011 | Ben-Jacob, Michael                                                                                        | 1.00  |
|            | Call with John re ex-dividend transaction; related consideration of memo.                                 |       |
| 02/03/2011 | Ben-Jacob, Michael                                                                                        | 0.25  |
|            | Attention to memo.                                                                                        |       |
| 02/04/2011 | Abramowitz, L.                                                                                            | 0.50  |
|            | Office conference Ben-Jacob; research UBTI with respect to church; correspondence.                        |       |
| 02/04/2011 | Ben-Jacob, Michael                                                                                        | 0.58  |
|            | Attention to memo re ex-dividend matter; conference with Laurie Abramowitz re UBT1 issues.                |       |
| 02/06/2011 | Ben-Jacob, Michael                                                                                        | 0.33  |
|            | Review US/German Tax treaty and structuring memo.                                                         |       |
| 02/07/2011 | Ben-Jacob, Michael                                                                                        | 1.25  |
|            | Calls with Matt and John re ex-dividend transaction; related conference with Louis and Woody and email re background info. |       |
| 02/07/2011 | Tuchman, L.                                                                                               | 1.67  |
|            | Office conferences with M. Ben-Jacob regarding German "ex-Dividend" structure and review of same and of proposed new version. |       |
| 02/07/2011 | Woodard, A.F.                                                                                             | 0.17  |
|            | Review of material re German investment.                                                                  |       |
| 02/07/2011 | Wells, Peter B                                                                                            | 1.25  |
|            | ████████████████████████████████                                                                         |       |
| 02/08/2011 | Ben-Jacob, Michael                                                                                        | 1.25  |
|            | Call with Matt, John and Jerome re ex-dividend transaction ███████████████████████████████               |       |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                          March 15, 2011

**RE:** General                                          **Invoice#:** 663115
**Our File Number:** 00647/0001                          **PAGE:**    2

====================================================================

| | | | |
|---|---|---|---|
| 02/08/2011 | Tuchman, L. | | 3.25 |
| | Conference call regarding proposed deal, structure; research; telephone conferences and office conferences with A.F. Woodard, J. Lhote and M. Ben-Jacob; analysis of same; telephone conferences with R.A. Greiss. | | |
| 02/08/2011 | Woodard, A.F. | | 1.84 |
| | Office conferences L. Tuchman, conference call client, and review of material re potential German investment. | | |
| 02/08/2011 | Wells, Peter B | | 1.00 |
| | ███████████████████████████████████ | | |
| 02/09/2011 | Ben-Jacob, Michael | | 1.83 |
| | Calls with John re ex-dividend transaction; related conference call with London advisors. | | |
| 02/09/2011 | Tuchman, L. | | 2.17 |
| | Conference call with client; A.F. Woodard, M.B. Jacob, Solo adviser re: German ex-dividend transaction; follow-up discussions re: same. | | |
| 02/09/2011 | Woodard, A.F. | | 0.92 |
| | Conference call client; office conference L. Tuchman and review of material. | | |
| 02/09/2011 | Wells, Peter B | | 0.67 |
| | ███████████████████████████████████ | | |
| 02/09/2011 | Wells, Peter B | | 1.50 |
| | ███████████████████████████████████ | | |
| 02/10/2011 | Ben-Jacob, Michael | | 0.50 |
| | ███████████████████████████████████ | | |
| 02/10/2011 | Eichel, Steven R | | 0.54 |
| | ███████████████████████████████████ | | |
| 02/10/2011 | Wells, Peter B | | 1.50 |
| | ███████████████████████████████████ | | |
| 02/11/2011 | Ben-Jacob, Michael | | 0.75 |
| | ███████████████████████████████████ | | |
| 02/11/2011 | Eichel, Steven R | | 0.67 |
| | ███████████████████████████████████ | | |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                              March 15, 2011

**RE:** General                                                    **Invoice#:** 663115
**Our File Number:** 00647/0001                                            **PAGE:**    3



| Date | Name | | Hours |
|---|---|---|---|
| 02/11/2011 | Wells, Peter B | | 1.25 |
| 02/14/2011 | Wells, Peter B | | 1.25 |
| 02/15/2011 | Ben-Jacob, Michael | | 0.33 |
| 02/16/2011 | Ben-Jacob, Michael | | 0.75 |
| 02/16/2011 | Wells, Peter B | | 0.50 |
| 02/23/2011 | Ben-Jacob, Michael | | 0.75 |
| 02/23/2011 | Eichel, Steven R | | 0.17 |
| 02/23/2011 | Wells, Peter B | | 0.75 |
| 02/24/2011 | Wells, Peter B | | 1.00 |
| 02/25/2011 | Wells, Peter B | | 1.25 |
| 02/28/2011 | Ben-Jacob, Michael | | 0.08 |
| 02/28/2011 | Wells, Peter B | | 0.75 |

                                                    Total Hours................   35.55

            Fees through 02/28/2011.....................................   $24,855.40


*----------------------------------TIME AND FEE SUMMARY----------------------------------*
                                    Rate            Hours                Fees

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355039**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    March 15, 2011

RE: General                                          **Invoice#:** 663115
**Our File Number:** 00647/0001                            **PAGE:**    4

| | | | |
|---|---|---|---|
| Abramowitz, L. | $840.00 | 0.50 | $420.00 |
| Ben-Jacob, Michael | 710.00 | 10.98 | 7,795.80 |
| Tuchman, L. | 875.00 | 7.09 | 6,203.75 |
| Woodard, A.F. | 800.00 | 2.93 | 2,332.00 |
| Eichel, Steven R | 690.00 | 1.38 | 945.30 |
| Wells, Peter B | 565.00 | 12.67 | 7,158.55 |
| Fees through 02/28/2011............... | | 35.55 | $24,855.40 |

Fees this Invoice..................................................    $24,855.40
Less Discount of...............................................    (4,000.00)
Adjusted Fees...........................................................................    $20,855.40
**Total Due this Invoice...............................................................**    **$20,855.40**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**    **WH_MDL_00355040**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 663115
Total Amount Due: $20,855.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355041

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                    August 9, 2011
      40 West 57th Street
      New York, New York 10019
      Attn: John H. van Merkensteijn, III

**RE:** General                                        **Invoice#:** 676549
**Our File Number:** 00647/0001                              **PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2011

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 07/12/2011 | Eichel, Steven R    | 0.75      |
| 07/19/2011 | Tuchman, L.         | 0.75      |
|            | Total Hours........  | 1.50      |

Fees through 07/31/2011.....................................   $1,173.75

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                  | Rate     | Hours | Fees      |
|------------------|----------|-------|-----------|
| Tuchman, L.      | $875.00  | 0.75  | $656.25   |
| Eichel, Steven R | 690.00   | 0.75  | 517.50    |
| Fees through 07/31/2011...............  |          | 1.50  | $1,173.75 |

\*-----------------------COSTS ADVANCED THROUGH 07/31/2011-----------------------\*

| Transportation                           | $293.70 |
|------------------------------------------|---------|
| Messengers/Courier                       | 26.25   |
| Total Costs through 07/31/2011.........  | $319.95 |

| Fees this Invoice.............................................. | $1,173.75 |
|-----------------------------------------------------------------|-----------|
| Costs this Invoice............................................. | $319.95   |
| **Total Due this Invoice....................................** | **$1,493.70** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355042**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 676549
Total Amount Due: $1,493.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355043**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:　Argre Management LLC　　　　　　　　　　　　September 12, 2011
　　　40 West 57th Street
　　　New York, New York  10019
　　　Attn: John H. van Merkensteijn, III

**RE:** General　　　　　　　　　　　　　　**Invoice#:** 679893
**Our File Number:** 00647/0001　　　　　　　　　**PAGE:**　1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2011

|  |  | **Hours** |
|---|---|---|
| 08/15/2011 | Ben-Jacob, Michael | 1.00 |
| 08/16/2011 | Ben-Jacob, Michael | 0.17 |
|  | Total Hours................ | 1.17 |
|  | Fees through 08/31/2011.................................... | $830.70 |

*--------------------------------TIME AND FEE SUMMARY--------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.17 | $830.70 |
| Fees through 08/31/2011.............. | | 1.17 | $830.70 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 676549 | 08/09/2011 | $1,493.70 |
| Prior Balance Due.......................................................... | | $1,493.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**　　　　　　**WH_MDL_00355044**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                           September 12, 2011

    **RE:** General                                        **Invoice#:** 679893

    **Our File Number:** 00647/0001                  **PAGE:**    2

---

Fees this Invoice................................................................ $830.70

Total Due this Invoice....................................................... $830.70

Prior Balance Due (from above)................................... 1,493.70

**TOTAL DUE........................................................... $2,324.40**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355045**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 679893
Total Amount Due: $2,324.40

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355046



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    October 11, 2011
     40 West 57th Street
     New York, New York  10019
     Attn: John H. van Merkensteijn, III

**RE:** General                                       **Invoice#:** 682560
**Our File Number:** 00647/0001                          **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2011

|  | | **Hours** |
|---|---|---|
| 09/12/2011 | Ben-Jacob, Michael | 0.42 |
| | Call with Matt regarding pension structure for next ex-dividend deal. | |
| 09/12/2011 | Woodard, A.F. | 1.75 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/13/2011 | Woodard, A.F. | 3.17 |
| | Office conference M. Ben-Jacob and research re proposed transaction. | |
| 09/14/2011 | Woodard, A.F. | 4.00 |
| | Telephone conferences L. Tuchman and M. Marcirs and review of material re UBTI and other issues re proposed investment. | |
| 09/15/2011 | Ben-Jacob, Michael | 1.25 |
| | Conference with Woody regarding analysis of pension option for ex-dividend transaction; related call with Matt. | |
| 09/15/2011 | Woodard, A.F. | 2.17 |
| | Office conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 09/16/2011 | Woodard, A.F. | 0.83 |
| | Review of material re UBTI and other issues. | |
| 09/20/2011 | Woodard, A.F. | 0.25 |
| | Telephone conference L. Tuchman re UBTI. | |
| 09/21/2011 | Woodard, A.F. | 1.42 |
| | Office conference G. Benson, telephone conference L. Berger and review of material re proposed transaction. | |
| 09/22/2011 | Woodard, A.F. | 0.42 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    October 11, 2011

RE: General                                                Invoice#: 682560
Our File Number: 00647/0001                                   PAGE:    2

════════════════════════════════════════════════════════════════════════

| | | | |
|---|---|---|---|
| ███████████████████████ | | | |
| 09/23/2011 | Woodard, A.F. | ███████████████ | 0.50 |
| 09/28/2011 | Ben-Jacob, Michael | ███████████████████████ | 0.17 |
| 09/28/2011 | Veillette, Rebecca | | 2.25 |
| ████████████████████████████████ | | | |
| 09/29/2011 | Veillette, Rebecca | ███████████████████ | 0.25 |
| 09/30/2011 | Veillette, Rebecca | ████████████████ | 1.08 |

Total Hours................ 19.93

Fees through 09/30/2011...................................  $13,970.50


*-----------------------------------TIME AND FEE SUMMARY-----------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 1.84 | $1,306.40 |
| Woodard, A.F. | 800.00 | 14.51 | 11,608.00 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 09/30/2011............... | | 19.93 | $13,970.50 |

*------------------------COSTS ADVANCED THROUGH 09/30/2011------------------------*

Corp. Filings & Searches                                         $661.75

Total Costs through 09/30/2011.........................          $661.75


Fees this Invoice...................................................          $13,970.50

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355048**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                          October 11, 2011

    **RE:** General                                                    **Invoice#:** 682560
    **Our File Number:** 00647/0001                                  **PAGE:**    3

Costs this Invoice.......................................................................    $661.75

**Total Due this Invoice**..................................................................    **$14,632.25**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                          **WH_MDL_00355049**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 682560
Total Amount Due: $14,632.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355050

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                        November 14, 2011
40 West 57th Street
New York, New York  10019
Attn: John H. van Merkensteijn, III

RE: General                                           **Invoice#:** 685991
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2011

|            |                                                                 | Hours |
|------------|-----------------------------------------------------------------|-------|
| 10/03/2011 | Ben-Jacob, Michael                                              | 0.08  |
| 10/03/2011 | Eichel, Steven R                                               | 1.83  |
| 10/04/2011 | Veillette, Rebecca                                             | 0.33  |
| 10/05/2011 | Eichel, Steven R                                               | 0.67  |
| 10/05/2011 | Veillette, Rebecca                                             | 0.42  |
| 10/10/2011 | Ben-Jacob, Michael                                             | 0.17  |
|            | Conference with Woody regarding pension/ex-dividend strategy.  |       |
| 10/10/2011 | Woodard, A.F.                                                  | 0.25  |
|            | Office conference M. Ben-Jacob and review of material.        |       |
| 10/12/2011 | Ben-Jacob, Michael                                            | 0.50  |
| 10/12/2011 | Woodard, A.F.                                                  | 0.50  |
|            | Review of material.                                            |       |
| 10/13/2011 | Woodard, A.F.                                                  | 1.50  |
|            | Review of material re proposed transaction.                   |       |
| 10/17/2011 | Briggs, Lindsey V                                             | 0.33  |
| 10/18/2011 | Ben-Jacob, Michael                                            | 1.08  |
|            | Attention to ex-dividend strategy; related conference with Woody. |    |
| 10/19/2011 | Ben-Jacob, Michael                                            | 0.50  |

**KAYE SCHOLER** LLP

TO:    Argre Management LLC                                    November 14, 2011

**RE:** General                                              **Invoice#:** 685991
**Our File Number:** 00647/0001                               **PAGE:**    2

================================================================

Call with Matt, Jerome and Woody regarding pension - ex dividend planning.

10/19/2011  Woodard, A.F.                                                    1.25

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮;
conference call M. Ben-Jacob and client re proposed investment.

                                         Total Hours.................    9.41

            Fees through 10/31/2011....................................    $6,535.85


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                      | Rate       | Hours | Fees       |
|----------------------|-----------:|------:|-----------:|
| Ben-Jacob, Michael   | $710.00    | 2.33  | $1,654.30  |
| Woodard, A.F.        | 800.00     | 3.50  | 2,800.00   |
| Eichel, Steven R     | 690.00     | 2.50  | 1,725.00   |
| Briggs, Lindsey V    | 410.00     | 0.33  | 135.30     |
| Veillette, Rebecca   | 295.00     | 0.75  | 221.25     |
| Fees through 10/31/2011............... |  | 9.41 | $6,535.85 |


Fees this Invoice..........................................................    $6,535.85
**Total Due this Invoice...............................................**    **$6,535.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355052**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 685991
Total Amount Due: $6,535.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC              December 12, 2011
40 West 57th Street
New York, New York 10019

**RE:** General                             **Invoice#:** 688474
**Our File Number:** 00647/0001          **PAGE:**  1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2011

|  |  | **Hours** |
|---|---|---|
| 11/08/2011 | Tuchman, L. | 1.25 |
| | Telephone conference with M. Stein; research re: proposed structure. | |
| 11/09/2011 | Tuchman, L. | 0.75 |
| | Research and telephone conference with M. Stein. | |
| 11/10/2011 | Ben-Jacob, Michael | 0.25 |
| | Call with Matt and Jerome regarding potential planning. | |
| | Total Hours................ | 2.25 |
| | Fees through 11/30/2011.................................... | $1,927.50 |

\*-------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $710.00 | 0.25 | $177.50 |
| Tuchman, L. | 875.00 | 2.00 | 1,750.00 |
| Fees through 11/30/2011............... | | 2.25 | $1,927.50 |

\*-----------------------COSTS ADVANCED THROUGH 11/30/2011-----------------------\*

| | |
|---|---|
| Corp. Filings & Searches | $224.25 |
| Total Costs through 11/30/2011......................... | $224.25 |

\*--------------------------------OUTSTANDING BALANCE--------------------------------\*

| **Invoice#** | **Date** | **Amount** |
|---|---|---|
| 685991 | 11/14/2011 | $6,535.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**       **WH_MDL_00355054**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    December 12, 2011

**RE:** General                                               **Invoice#:** 688474
**Our File Number:** 00647/0001                               **PAGE:**    2

---

Prior Balance Due.........................................................................    $6,535.85


Fees this Invoice......................................................................    $1,927.50
Costs this Invoice....................................................................    $224.25
Total Due this Invoice.............................................................    $2,151.75
Prior Balance Due (from above)................................................    6,535.85
**TOTAL DUE**.......................................................................    **$8,687.60**

**Please remit payment within thirty (30) days.**

IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355055**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 688474
Total Amount Due: $8,687.60

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355056



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        March 31, 2012
       40 West 57th Street
       New York, New York  10019


**RE:** General                                        **Invoice#:** 696544
**Our File Number:** 00647/0001                              **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|  |  | Hours |
|---|---|---|
| 12/07/2011 | Veillette, Rebecca | 1.00 |
| 12/08/2011 | Veillette, Rebecca | 1.00 |
| 12/20/2011 | Ben-Jacob, Michael | 0.75 |
| 12/20/2011 | Briggs, Lindsey V | 0.25 |
| 12/21/2011 | Briggs, Lindsey V | 0.42 |
| 12/21/2011 | Veillette, Rebecca | 0.50 |
| 12/22/2011 | Veillette, Rebecca | 0.50 |
| 02/02/2012 | Ben-Jacob, Michael | 0.17 |
| 02/22/2012 | Ben-Jacob, Michael | 0.25 |
| 02/23/2012 | Ben-Jacob, Michael | 0.33 |
| 02/23/2012 | Stromberg, Thomas | 1.50 |

KAYE SCHOLER LLP

TO:    Argre Management LLC                                      March 31, 2012

RE: General                                              **Invoice#:** 696544
**Our File Number:** 00647/0001                           **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

| Date | Name | | Hours |
|------|------|---|-------|
| | ███████████████████████ | | |
| 02/23/2012 | Sluder, Elizabeth C | ████████████████ | 0.92 |
| 02/24/2012 | Stromberg, Thomas | | 0.50 |
| | ███████████████████████████ | | |
| 02/27/2012 | Stromberg, Thomas | | 1.00 |
| | █████████████████████ | | |
| 02/27/2012 | Sluder, Elizabeth C | | 4.58 |
| | ████████████████████████████████████ | | |
| 02/28/2012 | Stromberg, Thomas | | 1.25 |
| | ███████████████████████ | | |
| 02/28/2012 | Sluder, Elizabeth C | | 1.17 |
| | ██████████████████ | | |
| 03/05/2012 | Wells, Peter B | | 2.25 |
| | ███████████████████████████████ | | |
| 03/06/2012 | Wells, Peter B | | 1.00 |
| | ███████████████████ | | |
| 03/15/2012 | Wells, Peter B | | 5.00 |
| | ████████████████████ Work on | | |

issues related to due diligence for IRAs.

                                                      ----------
                        Total Hours................    24.34

            Fees through 03/31/2012....................................    $14,797.45


*-----------------------------TIME AND FEE SUMMARY-------------------------------*

| | Rate | Hours | Fees |
|---|------|-------|------|
| Ben-Jacob, Michael | $730.00* | 1.50 | $1,080.00 |
| Stromberg, Thomas | 810.00 | 4.25 | 3,442.50 |
| Briggs, Lindsey V | 410.00 | 0.67 | 274.70 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355058**

**KAYE SCHOLER LLP**

TO:    Argre Management LLC                                            March 31, 2012

    **RE:** General                                                          **Invoice#:** 696544
    **Our File Number:** 00647/0001                                      **PAGE:**    3

===============================================================================

| | | | |
|---|---|---|---|
| Sluder, Elizabeth C | 575.00 | 6.67 | 3,835.25 |
| Wells, Peter B | 640.00 | 8.25 | 5,280.00 |
| Veillette, Rebecca | 295.00 | 3.00 | 885.00 |
| Fees through 03/31/2012............... | | 24.34 | $14,797.45 |

*)      rate changed during the timespan of the bill

        *-----------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------*

| | |
|---|---|
| Duplicating | $10.10 |
| Transportation | 9.00 |
| Corp. Filings & Searches | 329.00 |
| Messengers/Courier | 52.49 |
| Meals | 48.50 |
| Total Costs through 03/31/2012......................... | $449.09 |

| | |
|---|---|
| Fees this Invoice................................................................ | $14,797.45 |
| Costs this Invoice.............................................................. | $449.09 |
| **Total Due this Invoice..............................................................** | **$15,246.54** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355059**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 696544
Total Amount Due: $15,246.54

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    May 14, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                              **Invoice#:** 702756
**Our File Number:**00647/0001                                **PAGE:**    1

====================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 04/30/2012

====================================================================

|                                                          | **Hours** |
|----------------------------------------------------------|----------:|
| 04/05/2012  Ben-Jacob, Michael                           | 0.92 |
| ███████████████████████████████████████                  |      |
| 04/24/2012  Ben-Jacob, Michael                           | 1.00 |
| ██████████████████████████                                |      |

Total Hours................ 1.92

Fees through 04/30/2012.................................... $1,401.60


*-------------------------------TIME AND FEE SUMMARY-------------------------------*

|                      | Rate     | Hours | Fees      |
|----------------------|----------|-------|-----------|
| Ben-Jacob, Michael   | $730.00  | 1.92  | $1,401.60 |
| Fees through 04/30/2012............... | | 1.92  | $1,401.60 |

*-----------------------COSTS ADVANCED THROUGH 04/30/2012-----------------------*

| Messengers/Courier        | $26.25  |
|---------------------------|---------|
| Filing Fees/Court Fees    | 105.00  |
| Total Costs through 04/30/2012........................ | $131.25 |


Fees this Invoice.......................................................... $1,401.60

Costs this Invoice........................................................ $131.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355061**

KAYE SCHOLER LLP

TO:    Argre Management LLC                                    May 14, 2012

**RE:** General                                           **Invoice#:** 702756
**Our File Number:** 00647/0001                            **PAGE:**    2

===========================================================================

**Total Due this Invoice**.................................................................    **$1,532.85**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355062**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 702756
Total Amount Due: $1,532.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        June 18, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                          **Invoice#:** 705166
**Our File Number:** 00647/0001                              **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 05/31/2012

|  |  | **Hours** |
|---|---|---|
| 05/03/2012 | Ben-Jacob, Michael | 1.58 |
| 05/04/2012 | Ben-Jacob, Michael | 1.67 |

Total Hours................ 3.25

Fees through 05/31/2012................................... $2,372.50

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 3.25 | $2,372.50 |
| Fees through 05/31/2012............... | | 3.25 | $2,372.50 |

\*-----------------------COSTS ADVANCED THROUGH 05/31/2012-----------------------\*

| Transportation | $11.00 |
|---|---|
| Messengers/Courier | 34.06 |
| Total Costs through 05/31/2012........................ | $45.06 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355064**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                         June 18, 2012

RE: General                                                **Invoice#:** 705166
**Our File Number:** 00647/0001                            **PAGE:**    2

====================================================================

Prior Balance Due........................................................    $1,532.85


Fees this Invoice.........................................................    $2,372.50
Costs this Invoice........................................................    $45.06
Total Due this Invoice..................................................    $2,417.56
Prior Balance Due (from above)....................................    1,532.85
**TOTAL DUE**.............................................................    **$3,950.41**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355065**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 705166
Total Amount Due: $3,950.41

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                July 17, 2012
       40 West 57th Street
       New York, New York  10019

**RE:** General                                           **Invoice#:** 708329
**Our File Number:** 00647/0001                              **PAGE:**    1

===================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2012

===================================================================

|                      |                        | **Hours** |
|----------------------|------------------------|----------:|
| 06/05/2012           | Veillette, Rebecca     | 0.33      |
| 06/06/2012           | Veillette, Rebecca     | 0.33      |
| 06/12/2012           | Veillette, Rebecca     | 1.00      |
| 06/14/2012           | Ben-Jacob, Michael     | 0.67      |
| 06/15/2012           | Veillette, Rebecca     | 0.50      |
| 06/22/2012           | Veillette, Rebecca     | 0.33      |
| 06/27/2012           | Veillette, Rebecca     | 0.50      |

                                        Total Hours.................    3.66

                    Fees through 06/30/2012....................    $1,371.15

\*---------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate      | Hours  | Fees      |
|---------------------|-----------|--------|-----------|
| Ben-Jacob, Michael  | $730.00   | 0.67   | $489.10   |
| Veillette, Rebecca  | 295.00    | 2.99   | 882.05    |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355067**

**K**AYE SCHOLER LLP

TO:   Argre Management LLC                                    July 17, 2012

**RE:** General                                           **Invoice#:** 708329
**Our File Number:** 00647/0001                            **PAGE:**   2

===========================================================================

Fees through 06/30/2012...............      3.66      $1,371.15


*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 702756 | 05/14/2012 | $1,532.85 |
| 705166 | 06/18/2012 | 2,417.56 |
| Prior Balance Due........................................................ | | $3,950.41 |


Fees this Invoice................................................................  $1,371.15
Total Due this Invoice......................................................  $1,371.15
Prior Balance Due (from above)...................................  3,950.41
**TOTAL DUE**..........................................................................  **$5,321.56**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355068**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 708329
Total Amount Due: $5,321.56

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                                August 16, 2012
       40 West 57th Street
       New York, New York 10019

**RE:** General                                                **Invoice#:** 711502
**Our File Number:**00647/0001                                 **PAGE:**    1

═══════════════════════════════════════════════════════════════════

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2012

═══════════════════════════════════════════════════════════════════

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 07/25/2012 | Veillette, Rebecca | 0.33 |
| 07/30/2012 | Veillette, Rebecca | 1.00 |
|            | Attention to forming Rajan Investments LLC. | |

Total Hours................ 1.33

Fees through 07/31/2012.................................... $392.35

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Veillette, Rebecca | $295.00  | 1.33  | $392.35  |
| Fees through 07/31/2012............... | | 1.33 | $392.35 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| **Invoice#** | **Date**   | **Amount** |
|--------------|------------|------------|
| 708329       | 07/17/2012 | $1,371.15  |
| Prior Balance Due........................................................... | | $1,371.15 |

Fees this Invoice........................................................... $392.35

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                    August 16, 2012

    **RE:** General                                              **Invoice#:** 711502
    **Our File Number:** 00647/0001                               **PAGE:**    2

---

    Total Due this Invoice................................................................    $392.35
    Prior Balance Due (from above)................................................    1,371.15
    **TOTAL DUE**................................................................    **$1,763.50**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355071**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 711502
Total Amount Due: $1,763.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                          September 13, 2012
       40 West 57th Street
       New York, New York 10019


**RE:** General                                                     **Invoice#:** 713751
**Our File Number:** 00647/0001                                     **PAGE:**    1

===============================================================================

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2012

|  |  | **Hours** |
|---|---|---:|
| 08/01/2012 | Veillette, Rebecca | 0.75 |
| 08/08/2012 | Veillette, Rebecca | 0.58 |
| 08/09/2012 | Veillette, Rebecca | 1.25 |
| 08/10/2012 | Veillette, Rebecca | 0.67 |
|  | Rajan Investments - operating agreement. | |
| 08/14/2012 | Veillette, Rebecca | 0.33 |
| 08/17/2012 | Ben-Jacob, Michael | 0.08 |

Total Hours................. 3.66

Fees through 08/31/2012.................................... $1,114.50


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $730.00 | 0.08 | $58.40 |
| Veillette, Rebecca | 295.00 | 3.58 | 1,056.10 |
| Fees through 08/31/2012............... | | 3.66 | $1,114.50 |

**K**AYE SCHOLER LLP

TO:    Argre Management LLC

September 13, 2012

**RE:** General

**Invoice#:** 713751

**Our File Number:** 00647/0001

**PAGE:**    2

Fees this Invoice............................................................    $1,114.50

**Total Due this Invoice.............................................**    **$1,114.50**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**            **WH_MDL_00355074**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 713751
Total Amount Due: $1,114.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355075



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                   November 20, 2012
      40 West 57th Street
      New York, New York 10019

**RE:** General                                      **Invoice#:** 720986
**Our File Number:** 00647/0001                            **PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 10/31/2012

|                               | Hours |
|-------------------------------|------:|
| 09/27/2012  Ben-Jacob, Michael | 0.08 |
| 09/28/2012  Ben-Jacob, Michael | 1.42 |
| 09/29/2012  Ben-Jacob, Michael | 0.17 |
| 10/07/2012  Ben-Jacob, Michael | 0.17 |
| 10/11/2012  Wittenberg, Daniella T | 0.33 |
| 10/16/2012  Veillette, Rebecca | 0.25 |
| 10/17/2012  Wells, Peter B | 0.75 |
| 10/17/2012  Veillette, Rebecca | 0.50 |
| 10/24/2012  Veillette, Rebecca | 1.25 |
| 10/25/2012  Wells, Peter B | 1.00 |
| 10/25/2012  Veillette, Rebecca | 1.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355076**

**K**AYE SCHOLER LLP

TO:    Argre Management LLC                                      November 20, 2012

   **RE:** General                                           **Invoice#:** 720986
   **Our File Number:** 00647/0001                                **PAGE:**    2

===============================================================================

10/26/2012   Veillette, Rebecca                                              0.50

                                                                    ----------
                                    Total Hours................     7.92
              Fees through 10/31/2012...................................    $3,804.90


*---------------------------------TIME AND FEE SUMMARY---------------------------------*
                            Rate         Hours          Fees
Ben-Jacob, Michael         $730.00        1.84        $1,343.20
Wells, Peter B              640.00        1.75         1,120.00
Wittenberg, Daniella T      490.00        0.33           161.70
Veillette, Rebecca          295.00        4.00         1,180.00
              Fees through 10/31/2012...............     7.92        $3,804.90

*----------------------COSTS ADVANCED THROUGH 10/31/2012----------------------*
        Corp. Filings & Searches                        $2,633.00
        Conference & Legal Staff/Travel Working Meals       27.57
                                                    -------------------
        Total Costs through 10/31/2012........................    $2,660.57


        Fees this Invoice.........................................................    $3,804.90
        Costs this Invoice.......................................................    $2,660.57
        **Total Due this Invoice...............................................**    **$6,465.47**

              **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355077**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 720986
Total Amount Due: $6,465.47

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER

WH_MDL_00355078

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    December 10, 2012
        40 West 57th Street
        New York, New York  10019
        alicia@argremgt.com

RE: General                                                    **Invoice#:** 722890
**Our File Number:** 00647/0001                                **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2012

|  |  | Hours |
|---|---|---|
| 11/01/2012 | Wells, Peter B | 1.42 |
| 11/05/2012 | Wells, Peter B | 1.50 |
| 11/07/2012 | Gartner, Gary J | 1.50 |
| 11/08/2012 | Gartner, Gary J | 0.83 |
| 11/08/2012 | Veillette, Rebecca | 1.33 |
| 11/09/2012 | Gartner, Gary J | 0.67 |
| 11/12/2012 | Ben-Jacob, Michael | 0.08 |
| 11/14/2012 | Gartner, Gary J | 1.08 |
| 11/15/2012 | Ben-Jacob, Michael | 0.08 |
| 11/15/2012 | Gartner, Gary J | 1.17 |
|  | Telephone conference with client and review proposed regs. | |
| 11/16/2012 | Gartner, Gary J | 1.17 |
|  | Consider proposed regs regarding trade. | |
| 11/19/2012 | Gartner, Gary J | 0.50 |
|  | Update thinking regarding proposed regulations. | |
| 11/21/2012 | Gartner, Gary J | 0.75 |
|  | Consider further issues regarding proposed regs and trade. | |
| 11/28/2012 | Gartner, Gary J | 1.50 |
|  | Consider issues under proposed regs and trade. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355079**

KAYE SCHOLER LLP

TO:   Argre Management LLC                              December 10, 2012

RE: General                                            Invoice#: 722890
Our File Number: 00647/0001                            PAGE:   2

---

11/29/2012  Gartner, Gary J                                          1.17
            Review of authorities on possible trade.

                              Total Hours.................    14.75

            Fees through 11/30/2012....................    $12,924.75

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                      | Rate      | Hours | Fees       |
|----------------------|-----------|-------|------------|
| Ben-Jacob, Michael   | $730.00   | 0.16  | $116.80    |
| Gartner, Gary J      | 1,020.00  | 10.34 | 10,546.80  |
| Wells, Peter B       | 640.00    | 2.92  | 1,868.80   |
| Veillette, Rebecca   | 295.00    | 1.33  | 392.35     |

            Fees through 11/30/2012...............    14.75    $12,924.75

*----------------------COSTS ADVANCED THROUGH 11/30/2012----------------------*
            Transportation                                     $84.81

            Total Costs through 11/30/2012........................    $84.81

*---------------------------------OUTSTANDING BALANCE---------------------------------*

| Invoice# | Date       | Amount     |
|----------|------------|------------|
| 720986   | 11/20/2012 | $6,465.47  |

            Prior Balance Due...................................................    $6,465.47

            Fees this Invoice............................................................    $12,924.75
            Costs this Invoice...........................................................    $84.81
            Total Due this Invoice.................................................    $13,009.56
            Prior Balance Due (from above).................................    6,465.47
            **TOTAL DUE**..........................................................    **$19,475.03**

            **Please remit payment within thirty (30) days.**

---

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355080

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 722890
Total Amount Due: $19,475.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355081

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC
       40 West 57th Street
       New York, New York 10019
       alicia@argremgt.com

January 17, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 727062
**PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2012

|  |  | Hours |
|---|---|---|
| 12/04/2012 | Wells, Peter B | 2.00 |
|  | ████████████████████ |  |
| 12/05/2012 | Wells, Peter B | 1.75 |
|  | ████████████████████ |  |
|  | Total Hours................ | 3.75 |
|  | Fees through 12/31/2012.................................. | $2,400.00 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $640.00 | 3.75 | $2,400.00 |
| Fees through 12/31/2012............... | | 3.75 | $2,400.00 |

| | |
|---|---|
| Fees this Invoice.......................................................... | $2,400.00 |
| **Total Due this Invoice.............................................** | **$2,400.00** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 727062
Total Amount Due: $2,400.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER              WH_MDL_00355083

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

February 21, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 728997
**PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2013

|  |  | Hours |
|---|---|---|
| 01/22/2013 | Veillette, Rebecca | 0.50 |
| 01/24/2013 | Tuchman, L. | 1.00 |
| 01/25/2013 | Tuchman, L. | 2.50 |
| 01/28/2013 | Tuchman, L. | 2.75 |
| 01/28/2013 | Veillette, Rebecca | 1.08 |
| | Total Hours.............. | 7.83 |
| | Fees through 01/31/2013................................... | $6,231.90 |

*---------------------------------TIME AND FEE SUMMARY--------------------------------*

| | Rate | Hours | Fees |
|---|---|---|---|
| Tuchman, L. | $920.00 | 6.25 | $5,750.00 |
| Veillette, Rebecca | 305.00 | 1.58 | 481.90 |
| Fees through 01/31/2013............... | | 7.83 | $6,231.90 |

*----------------------COSTS ADVANCED THROUGH 01/31/2013----------------------*

| | |
|---|---|
| Reporters/Transcripts Fee | $99.00 |
| Total Costs through 01/31/2013......................... | $99.00 |

*--------------------------------OUTSTANDING BALANCE--------------------------------*

| Invoice# | Date | Amount |
|---|---|---|
| 727062 | 01/29/2013 | $2,400.00 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355084

KAYE SCHOLER LLP

TO:     Argre Management LLC                                    February 21, 2013

**RE:** General                                                      **Invoice#:** 728997
**Our File Number:** 00647/0001                                      **PAGE:**    2

Prior Balance Due........................................................     $2,400.00


Fees this Invoice.......................................................     $6,231.90
Costs this Invoice......................................................       $99.00
Total Due this Invoice..................................................     $6,330.90
Prior Balance Due (from above)..........................................     2,400.00
**TOTAL DUE**...........................................................     **$8,730.90**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                     **WH_MDL_00355085**

# KAYE SCHOLER LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 728997
Total Amount Due: $8,730.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER    WH_MDL_00355086



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

March 25, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 731658
**PAGE:**    1

===

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 02/28/2013

===

| | | **Hours** |
|---|---|---|
| 02/12/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.58 |
| 02/27/2013 | Veillette, Rebecca | 0.42 |

Total Hours................. 1.58

Fees through 02/28/2013.................................... $481.90

\*-------------------------------TIME AND FEE SUMMARY-------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 1.58 | $481.90 |
| Fees through 02/28/2013............... | | 1.58 | $481.90 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 728997 | 02/21/2013 | $6,330.90 |
| Prior Balance Due........................................................... | | $6,330.90 |

| | |
|---|---|
| Fees this Invoice................................................................ | $481.90 |
| Total Due this Invoice...................................................... | $481.90 |
| Prior Balance Due (from above)...................................... | 6,330.90 |
| **TOTAL DUE**................................................................ | **$6,812.80** |

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 731658
Total Amount Due: $6,812.80

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                        April 22, 2013
40 West 57th Street
New York, New York  10019
alicia@argremgt.com

**RE:** General                                                    **Invoice#:** 734523
**Our File Number:**00647/0001                                     **PAGE:**     1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2013

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 03/04/2013 | Tuchman, L.        | 1.42      |
| 03/05/2013 | Tuchman, L.        | 1.75      |
| 03/06/2013 | Tuchman, L.        | 1.75      |
| 03/07/2013 | Tuchman, L.        | 1.00      |
| 03/07/2013 | Benson, Gregg M    | 4.00      |
| 03/08/2013 | Tuchman, L.        | 1.25      |
| 03/08/2013 | Benson, Gregg M    | 2.25      |
| 03/11/2013 | Tuchman, L.        | 1.75      |
| 03/13/2013 | Tuchman, L.        | 1.00      |
| 03/13/2013 | Benson, Gregg M    | 1.50      |
| 03/18/2013 | Schneider, W.H.    | 0.25      |
| 03/18/2013 | Snider, Vassa G    | 0.92      |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355089**

# KAYE | SCHOLER LLP

TO:     Argre Management LLC                                              April 22, 2013

RE: General                                                      **Invoice#:** 734523
**Our File Number:** 00647/0001                                   **PAGE:** 2

═══════════════════════════════════════════════════════════════════════

███████████████████████████████████

03/19/2013   Snider, Vassa G                                                 0.42
██████████████████████
03/20/2013   Veillette, Rebecca                                              0.33
             Attention to Bernina LLC documentation.
                                                                        _____
                                            Total Hours.................     19.59
                        Fees through 03/31/2013.....................    $15,301.05


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*
                                    Rate          Hours           Fees
Schneider, W.H.                  $925.00          0.25         $231.25
Tuchman, L.                       920.00          9.92        9,126.40
Benson, Gregg M                   715.00          7.75        5,541.25
Snider, Vassa G                   225.00          1.34          301.50
Veillette, Rebecca                305.00          0.33          100.65
                                                 _____       _____
              Fees through 03/31/2013...............    19.59     $15,301.05

\*-----------------------COSTS ADVANCED THROUGH 03/31/2013-----------------------\*
       Filing Fees/Court Fees                                     $125.00
                                                                 _____
              Total Costs through 03/31/2013........................    $125.00

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*
         **Invoice#**              **Date**                     **Amount**
          731658               03/25/2013                        $481.90
                                                                 _____
              Prior Balance Due........................................    $481.90

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                  **WH_MDL_00355090**

# KAYE | SCHOLER LLP

TO:   Argre Management LLC                                     April 22, 2013

**RE:** General                                               **Invoice#:** 734523
**Our File Number:** 00647/0001                               **PAGE:**   3

Fees this Invoice.................................................................   $15,301.05
Costs this Invoice...............................................................   $125.00
Total Due this Invoice.........................................................   $15,426.05
Prior Balance Due (from above)...............................................   481.90
**TOTAL DUE**.................................................................   **$15,907.95**

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355091**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 734523
Total Amount Due: $15,907.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355092



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  Argre Management LLC                                    May 22, 2013
     40 West 57th Street
     New York, New York  10019
     alicia@argremgt.com

**RE:** General                                          **Invoice#:** 737633
**Our File Number:**00647/0001                            **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2013

| Date | Name | Hours |
|---|---|---|
| 04/08/2013 | Ben-Jacob, Michael | 1.00 |
| 04/08/2013 | Schneider, W.H. | 0.50 |
| 04/09/2013 | Ben-Jacob, Michael | 0.25 |
| 04/09/2013 | Schneider, W.H. | 0.75 |
| 04/09/2013 | Benson, Gregg M | 0.50 |
| 04/10/2013 | Ben-Jacob, Michael | 0.75 |
| 04/10/2013 | Schneider, W.H. | 0.50 |
| 04/11/2013 | Benson, Gregg M | 1.50 |
| 04/12/2013 | Schneider, W.H. | 0.50 |
| 04/15/2013 | Ben-Jacob, Michael | 0.67 |
| 04/15/2013 | Schneider, W.H. | 0.25 |
| 04/15/2013 | Benson, Gregg M | 2.17 |
| 04/16/2013 | Schneider, W.H. | 0.25 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          WH_MDL_00355093



TO:    Argre Management LLC

May 22, 2013

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 737633
**PAGE:**    2

04/16/2013  Benson, Gregg M                                              3.00

04/17/2013  Ben-Jacob, Michael                                           0.42

04/17/2013  Schneider, W.H.                                              1.00

04/17/2013  Benson, Gregg M                                              0.50

04/25/2013  Ben-Jacob, Michael                                           0.17

04/26/2013  Ben-Jacob, Michael                                           0.08

04/30/2013  Ben-Jacob, Michael                                           0.17

Total Hours................  14.93

Fees through 04/30/2013....................................  $11,602.85

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                      | Rate      | Hours  | Fees       |
|----------------------|-----------|--------|------------|
| Ben-Jacob, Michael   | $755.00   | 3.51   | $2,650.05  |
| Schneider, W.H.      | 925.00    | 3.75   | 3,468.75   |
| Benson, Gregg M      | 715.00    | 7.67   | 5,484.05   |
| Fees through 04/30/2013.............. |  | 14.93 | $11,602.85 |

Fees this Invoice.........................................................  $11,602.85
**Total Due this Invoice...............................................**  **$11,602.85**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 737633
Total Amount Due: $11,602.85

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                      August 26, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                        **Invoice#:** 745613
**Our File Number:**00647/0001                         **PAGE:**    1

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2013

|  |  | **Hours** |
|---|---|---|
| 07/01/2013 | Veillette, Rebecca | 0.42 |
| ███████████ | | |
| 07/22/2013 | Veillette, Rebecca | 1.00 |
| ███████████████████████ | | |
| 07/25/2013 | Veillette, Rebecca | 0.50 |
| ███████████████ | | |
| 07/29/2013 | Veillette, Rebecca | 0.42 |
| ██████████████ | | |

Total Hours................ 2.34

Fees through 07/31/2013.................................... $713.70


\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Veillette, Rebecca | $305.00 | 2.34 | $713.70 |
| Fees through 07/31/2013............... | | 2.34 | $713.70 |


Fees this Invoice.......................................................................... $713.70

**Total Due this Invoice.............................................................. $713.70**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355096**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 745613
Total Amount Due: $713.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                         September 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com


**RE:** General                                    **Invoice#:** 747225
**Our File Number:**00647/0001                     **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2013

|  |  | **Hours** |
|---|---|---:|
| 08/09/2013 | Ben-Jacob, Michael | 0.50 |
| | ███████████████████████ | |
| 08/12/2013 | Sausen, David | 1.00 |
| | Telephone conference with M. Ben-Jacob re: ex-dividend transactions. | |
| | ███████████████ | |
| 08/15/2013 | Veillette, Rebecca | 1.50 |
| | ███████████████ | |
| 08/16/2013 | Sausen, David | 0.50 |
| | ██████████████ Telephone conference with M. Ben-Jaocb.█████ | |
| 08/21/2013 | Veillette, Rebecca | 1.25 |
| | ████████████ | |
| 08/26/2013 | Ben-Jacob, Michael | 1.00 |
| | ██████████████████ | |
| 08/26/2013 | Sausen, David | 1.50 |
| | Telephone conferences with M. Stein, M. Ben-Jacob and G. Gartner re: ex-dividend transaction. ███████████ | |
| 08/27/2013 | Veillette, Rebecca | 1.25 |
| | ████████████████ | |

                                    Total Hours.................   8.50

           Fees through 08/31/2013....................................   $4,542.50


\*----------------------------------TIME AND FEE SUMMARY--------------------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355098**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    September 10, 2013

RE: General                                                    Invoice#: 747225
Our File Number: 00647/0001                                    PAGE:    2

===============================================================================

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 1.50 | $1,132.50 |
| Sausen, David | 730.00 | 3.00 | 2,190.00 |
| Veillette, Rebecca | 305.00 | 4.00 | 1,220.00 |
| Fees through 08/31/2013............... | | 8.50 | $4,542.50 |

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 745613 | 08/26/2013 | $713.70 |
| Prior Balance Due......................................................... | | $713.70 |

| | |
|---|---|
| Fees this Invoice............................................................ | $4,542.50 |
| Total Due this Invoice.................................................... | $4,542.50 |
| Prior Balance Due (from above)................................... | 713.70 |
| **TOTAL DUE............................................................** | **$5,256.20** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 747225
Total Amount Due: $5,256.20

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                      October 7, 2013
      40 West 57th Street
      New York, New York  10019
      alicia@argremgt.com


**RE:** General                                    **Invoice#:** 749882
**Our File Number:**00647/0001                        **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 09/30/2013

|            |                       | **Hours** |
|------------|-----------------------|----------:|
| 09/10/2013 | Sausen, David         | 0.50 |
|            | Emails with A. Larosa re: ex-dividend transaction. | |
| 09/10/2013 | Veillette, Rebecca    | 1.50 |
|            | ▉▉▉▉▉▉▉▉▉▉▉           | |
| 09/11/2013 | Veillette, Rebecca    | 1.08 |
|            | ▉▉▉▉▉▉▉▉▉▉▉           | |
| 09/30/2013 | Ben-Jacob, Michael    | 0.33 |
|            | ▉▉▉▉▉▉▉▉▉▉▉▉▉         | |

Total Hours................. 3.41

Fees through 09/30/2013.................................... $1,401.05


*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|                     | Rate    | Hours | Fees      |
|---------------------|---------|-------|-----------|
| Ben-Jacob, Michael  | $755.00 | 0.33  | $249.15   |
| Sausen, David       | 730.00  | 0.50  | 365.00    |
| Veillette, Rebecca  | 305.00  | 2.58  | 786.90    |
| Fees through 09/30/2013............... | | 3.41 | $1,401.05 |


Fees this Invoice............................................................. $1,401.05


**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**     **WH_MDL_00355101**

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                                          October 7, 2013

**RE:** General                                                     **Invoice#:** 749882
**Our File Number:** 00647/0001                                     **PAGE:**    2

===================================================================================

**Total Due this Invoice**...............................................................    **$1,401.05**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355102**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 749882
Total Amount Due: $1,401.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355103



**KAYE SCHOLER** LLP

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                        November 15, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                            **Invoice#:** 754424
**Our File Number:** 00647/0001                              **PAGE:**    1

==================================================================

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2013

==================================================================

|  |  | **Hours** |
|---|---|---:|
| 10/06/2013 | Sausen, David | 3.00 |
|  | Tax research.  Prepared email to client re: ex-dividend transaction. | |
| 10/08/2013 | Sausen, David | 1.25 |
|  | ████████████████████ Revised email to client re: ex-dividend transaction. | |
| 10/09/2013 | Abramowitz, L. | 0.75 |
|  | ████████████████████ | |
| 10/09/2013 | Sausen, David | 1.00 |
|  | ████████████████████ | |
| 10/10/2013 | Sausen, David | 1.00 |
|  | Discussions with G. Gartner and M. Ben-Jacob.  Revised email to client. Email to M. Stein re: ex-dividend transaction. | |

|  |  |
|---|---:|
| Total Hours.................. | 7.00 |
| Fees through 10/31/2013.................................... | $5,245.00 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---:|---:|---:|
| Abramowitz, L. | $910.00 | 0.75 | $682.50 |
| Sausen, David | 730.00 | 6.25 | 4,562.50 |
| Fees through 10/31/2013............... | | 7.00 | $5,245.00 |

\*-----------------------COSTS ADVANCED THROUGH 10/31/2013-----------------------\*

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355104**

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                        November 15, 2013

**RE:** General                                                          **Invoice#:** 754424
**Our File Number:** 00647/0001                                **PAGE:**    2

====================================================================

Consultants/Experts                                    $1,100.00
Total Costs through 10/31/2013.........................    $1,100.00


Fees this Invoice...........................................................    $5,245.00
Costs this Invoice.........................................................    $1,100.00
**Total Due this Invoice..............................................**    **$6,345.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355105**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 754424
Total Amount Due: $6,345.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                              December 10, 2013
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                         **Invoice#:** 756477
**Our File Number:**00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2013

*-----------------------COSTS ADVANCED THROUGH 11/30/2013-----------------------*
Consultants/Experts                                       $3,000.00
        Total Costs through 11/30/2013.........................    $3,000.00


Costs this Invoice.................................................................    $3,000.00
**Total Due this Invoice...............................................**    **$3,000.00**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355107**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 756477
Total Amount Due: $3,000.00

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                    January 13, 2014
       40 West 57th Street
       New York, New York  10019
       alicia@argremgt.com

**RE:** General                                          **Invoice#:** 760179
**Our File Number:**00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2013

| | | | **Hours** |
|---|---|---|---|
| 12/11/2013 | Sausen, David | ▮▮▮▮▮▮▮▮▮▮ | 0.75 |
| 12/12/2013 | Sausen, David | | 0.25 |
| | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | | |
| 12/16/2013 | Ben-Jacob, Michael | | 0.25 |
| | ▮▮▮▮▮▮▮▮ | | |
| 12/17/2013 | Sausen, David | | 0.50 |
| | ▮▮▮▮▮▮▮▮▮▮▮ | | |

Total Hours.................    1.75

Fees through 12/31/2013.....................................    $1,283.75

\*----------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $755.00 | 0.25 | $188.75 |
| Sausen, David | 730.00 | 1.50 | 1,095.00 |
| Fees through 12/31/2013............... | | 1.75 | $1,283.75 |

Fees this Invoice..........................................................................    $1,283.75

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355109**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                    January 13, 2014

    **RE:** General                                              **Invoice#:** 760179
    **Our File Number:** 00647/0001                              **PAGE:**    2

===============================================================================

**Total Due this Invoice**............................................................    **$1,283.75**

          **Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                    **WH_MDL_00355110**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 760179
      Total Amount Due: $1,283.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

February 20, 2014

**RE:** General
**Our File Number:**00647/0001

**Invoice#:** 762871
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 01/31/2014

|  |  | **Hours** |
|--|--|----------|
| 01/29/2014 Veillette, Rebecca |  | 0.33 |

█████████████████████

|  | | |
|--|--|--|
| | Total Hours................. | 0.33 |
| | Fees through 01/31/2014................................... | $103.95 |

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|--|------|-------|------|
| Veillette, Rebecca | $315.00 | 0.33 | $103.95 |
| Fees through 01/31/2014............... | | 0.33 | $103.95 |

| | |
|--|--|
| Fees this Invoice........................................................................... | $103.95 |
| **Total Due this Invoice...............................................................** | **$103.95** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
　　　　　　　　Mail Code 81
　　　　　　　　P. O. Box 11839
　　　　　　　　Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
　　　153 East 53rd Street
　　　New York, New York 10022
　　　Attention: Marsha Burnett
　　　Telephone: 212.559.3787

　　　ABA Routing Number: 021000089
　　　Bank Identification Code/SWIFT Code: CITIUS33
　　　Account Name: Kaye Scholer LLP
　　　Account Number: 9981494431

　　　RE: Argre Management LLC
　　　Our File Number: 00647/0001
　　　Invoice Number: 762871
　　　Total Amount Due: $103.95

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH



**KAYE | SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                July 22, 2014
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

**RE:** General                                     **Invoice#:** 775031
**Our File Number:**00647/0001                      **PAGE:**   1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 06/30/2014

|            |                    | **Hours** |
|------------|--------------------|-----------|
| 06/13/2014 | Sausen, David      | 1.25 |
|            | Telephone conference with Matt and John re: UBTI issues. Tax research. Telephone conference and emails with G. Weinkam. | |
| 06/17/2014 | Zwick, Mary L      | 0.50 |
|            | ██████████████████ | |
| 06/26/2014 | Culhane, Stephen   | 0.33 |
|            | ███████████        | |
| 06/30/2014 | Culhane, Stephen   | 0.25 |
|            | ████████████████   | |

Total Hours................. 2.33

Fees through 06/30/2014.................................... $1,815.30

\*---------------------------------TIME AND FEE SUMMARY---------------------------------\*

|                    | Rate     | Hours | Fees     |
|--------------------|----------|-------|----------|
| Culhane, Stephen   | $910.00  | 0.58  | $527.80  |
| Sausen, David      | 760.00   | 1.25  | 950.00   |
| Zwick, Mary L      | 675.00   | 0.50  | 337.50   |
| Fees through 06/30/2014............... | | 2.33 | $1,815.30 |

Fees this Invoice...........................................................  $1,815.30

**Total Due this Invoice..............................................**  **$1,815.30**

**Please remit payment within thirty (30) days.**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 775031
Total Amount Due: $1,815.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**      **WH_MDL_00355115**



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                            August 25, 2014
40 West 57th Street
New York, New York 10019
alicia@argremgt.com

**RE:** General                                                    **Invoice#:** 777180
**Our File Number:**00647/0001                                     **PAGE:**    1

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 07/31/2014

|            |                                                                                      | **Hours** |
|------------|--------------------------------------------------------------------------------------|-----------|
| 07/02/2014 | Culhane, Stephen                                                                     | 0.33      |
|            | Advisers Act issues with P Wells.                                                     |           |
| 07/08/2014 | Culhane, Stephen                                                                     | 0.67      |
|            | Conference and related re: regulatory treatment of IRA; follow up with M Stein re: IRA, RIA issues. |   |
| 07/09/2014 | Culhane, Stephen                                                                     | 0.50      |
|            | Telcon with Matt Stein.                                                              |           |
| 07/10/2014 | Culhane, Stephen                                                                     | 0.33      |
|            | Conference with M Ben-Jacob.                                                          |           |

Total Hours................. 1.83

Fees through 07/31/2014.................................... $1,665.30

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                  | Rate     | Hours | Fees       |
|------------------|----------|-------|------------|
| Culhane, Stephen | $910.00  | 1.83  | $1,665.30  |

Fees through 07/31/2014.............. 1.83    $1,665.30

Fees this Invoice......................................................... $1,665.30
**Total Due this Invoice...............................................** **$1,665.30**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355116**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
　　　　　　　　 Mail Code 81
　　　　　　　　 P. O. Box 11839
　　　　　　　　 Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
　　　 153 East 53rd Street
　　　 New York, New York 10022
　　　 Attention: Marsha Burnett
　　　 Telephone: 212.559.3787

　　　 ABA Routing Number: 021000089
　　　 Bank Identification Code/SWIFT Code: CITIUS33
　　　 Account Name: Kaye Scholer LLP
　　　 Account Number: 9981494431

　　　 RE: Argre Management LLC
　　　 Our File Number: 00647/0001
　　　 Invoice Number: 777180
　　　 Total Amount Due: $1,665.30

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355117



**KAYE│SCHOLER** LLP

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC
40 West 57th Street Suite 1610
New York, New York 10019
acolodner@maplept.com

September 24, 2014

**RE:** General
**Our File Number:** 00647/0001

**Invoice#:** 780144
**PAGE:** 1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/2014

| | | **Hours** |
|---|---|---|
| 08/22/2014 | Golub, Elizabeth | 0.33 |
| 08/26/2014 | Golub, Elizabeth | 0.33 |
| 08/28/2014 | Ben-Jacob, Michael | 0.17 |
| 08/28/2014 | Wells, Peter B | 4.00 |
| 08/29/2014 | Wells, Peter B | 1.67 |

Total Hours................. 6.50

Fees through 08/31/2014.................................... $4,258.90

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 0.17 | $133.45 |
| Wells, Peter B | 695.00 | 5.67 | 3,940.65 |
| Golub, Elizabeth | 280.00 | 0.66 | 184.80 |
| Fees through 08/31/2014............... | | 6.50 | $4,258.90 |

\*-----------------------COSTS ADVANCED THROUGH 08/31/2014-----------------------\*

| | |
|---|---|
| Corp. Filings & Searches | $484.50 |
| Total Costs through 08/31/2014......................... | $484.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**

**KAYE | SCHOLER** LLP

TO:    Argre Management LLC                                      September 24, 2014

**RE:** General                                                        **Invoice#:** 780144
**Our File Number:** 00647/0001                                        **PAGE:**    2

---

\*-------------------------------OUTSTANDING BALANCE-------------------------------\*

| Invoice# | Date | Amount |
|----------|------|--------|
| 777180 | 08/25/2014 | $1,665.30 |
| Prior Balance Due............................................................ | | $1,665.30 |

| | |
|---|---|
| Fees this Invoice............................................................ | $4,258.90 |
| Costs this Invoice........................................................... | $484.50 |
| Total Due this Invoice...................................................... | $4,743.40 |
| Prior Balance Due (from above)............................................. | 1,665.30 |
| **TOTAL DUE**.............................................................. | **$6,408.70** |

**Please remit payment within thirty (30) days.**

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355119**



425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
            Mail Code 81
            P. O. Box 11839
            Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
       153 East 53rd Street
       New York, New York 10022
       Attention: Marsha Burnett
       Telephone: 212.559.3787

       ABA Routing Number: 021000089
       Bank Identification Code/SWIFT Code: CITIUS33
       Account Name: Kaye Scholer LLP
       Account Number: 9981494431

       RE: Argre Management LLC
       Our File Number: 00647/0001
       Invoice Number: 780144
       Total Amount Due: $6,408.70

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355120



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                           November 14, 2014
      40 West 57th Street Suite 1610
      New York, New York  10019
      acolodner@maplept.com

**RE:** General                                                    **Invoice#:** 783712
**Our File Number:**00647/0001                                      **PAGE:**    1

════════════════════════════════════════════════════════════════

**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 10/31/2014

════════════════════════════════════════════════════════════════

|            |                     | **Hours** |
|------------|---------------------|-----------|
| 08/12/2014 | Ben-Jacob, Michael  | 0.42      |
| 09/04/2014 | Ben-Jacob, Michael  | 0.50      |
| 09/09/2014 | Ben-Jacob, Michael  | 0.50      |
| 09/11/2014 | Ben-Jacob, Michael  | 0.75      |
| 09/22/2014 | Ben-Jacob, Michael  | 1.50      |
| 09/22/2014 | Wells, Peter B      | 1.58      |
|            | Call with group re general plan issues. | |
| 09/25/2014 | Wells, Peter B      | 1.50      |
| 09/29/2014 | Ben-Jacob, Michael  | 0.50      |
|            | Conference with Peter re: structuring dissolution of plans and payments to Adam. | |
| 09/29/2014 | Wells, Peter B      | 2.50      |
| 09/30/2014 | Wells, Peter B      | 2.17      |
| 10/01/2014 | Wells, Peter B      | 0.75      |
| 10/09/2014 | Wells, Peter B      | 0.83      |
|            | Work on issues related to new plans. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                **WH_MDL_00355121**

**KAYE | SCHOLER** LLP

TO:   Argre Management LLC                                    November 14, 2014

**RE:** General                                          **Invoice#:** 783712
**Our File Number:** 00647/0001                          **PAGE:**   2

===============================================================

| | | | |
|---|---|---|---|
| 10/10/2014 | Wells, Peter B | | 0.50 |
| | Work on new plan matters. | | |
| 10/12/2014 | Ben-Jacob, Michael | ██████████████ | 1.58 |
| 10/13/2014 | Wells, Peter B | ██████████████ | 1.58 |
| 10/14/2014 | Ben-Jacob, Michael | ██████████████ | 0.17 |
| 10/14/2014 | Wells, Peter B | ██████████████ | 1.00 |
| 10/20/2014 | Veillette, Rebecca | ██████████████ | 0.50 |

Total Hours................ 18.83

Fees through 10/31/2014.................................... $13,429.65

\*----------------------------------TIME AND FEE SUMMARY---------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $785.00 | 5.92 | $4,647.20 |
| Wells, Peter B | 695.00 | 12.41 | 8,624.95 |
| Veillette, Rebecca | 315.00 | 0.50 | 157.50 |
| Fees through 10/31/2014............... | | 18.83 | $13,429.65 |

Fees this Invoice.......................................................... $13,429.65
**Total Due this Invoice.............................................** **$13,429.65**

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Marsha Burnett
      Telephone: 212.559.3787

      ABA Routing Number: 021000089
      Bank Identification Code/SWIFT Code: CITIUS33
      Account Name: Kaye Scholer LLP
      Account Number: 9981494431

      RE: Argre Management LLC
      Our File Number: 00647/0001
      Invoice Number: 783712
      Total Amount Due: $13,429.65

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355123



**KAYE | SCHOLER LLP**

250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:    Argre Management LLC                                December 24, 2014
       40 West 57th Street Suite 1610
       New York, New York 10019
       acolodner@maplept.com

**RE:** General                                          **Invoice#:** 786881
**Our File Number:** 00647/0001                           **PAGE:**    1

---

### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 11/30/2014

| | | **Hours** |
|---|---|---:|
| 10/21/2014 | Ben-Jacob, Michael ██████████████ | 0.67 |
| 11/24/2014 | Culhane, Stephen ████████████ | 0.25 |
| | Total Hours................. | 0.92 |
| | Fees through 11/30/2014................................... $753.45 | |

# KAYE | SCHOLER LLP

TO:    Argre Management LLC                                    December 24, 2014

**RE:** General                                                    **Invoice#:** 786881
**Our File Number:** 00647/0001                                    **PAGE:**    2

═══════════════════════════════════════════════════════════════════════

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|                     | Rate    | Hours | Fees     |
|---------------------|---------|-------|----------|
| Ben-Jacob, Michael  | $785.00 | 0.67  | $525.95  |
| Culhane, Stephen    | 910.00  | 0.25  | 227.50   |
| Fees through 11/30/2014.............. | | 0.92 | $753.45 |

Fees this Invoice.................................................................    $753.45

**Total Due this Invoice..............................................**    **$753.45**

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355125**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
_____

If paying by mail: Kaye Scholer LLP
                        Mail Code 81
                        P. O. Box 11839
                        Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
        153 East 53rd Street
        New York, New York 10022
        Attention: Marsha Burnett
        Telephone: 212.559.3787

        ABA Routing Number: 021000089
        Bank Identification Code/SWIFT Code: CITIUS33
        Account Name: Kaye Scholer LLP
        Account Number: 9981494431

        RE: Argre Management LLC
        Our File Number: 00647/0001
        Invoice Number: 786881
        Total Amount Due: $753.45

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**      **WH_MDL_00355126**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:   Argre Management LLC                                          February 19, 2015
      40 West 57th Street Suite 1610
      New York, New York  10019
      acolodner@maplept.com

**RE:** General                                          **Invoice#:** 791361
**Our File Number:**00647/0001                           **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 12/31/2014

|  |  | **Hours** |
|---|---|---|
| 12/12/2014 | Wells, Peter B | 1.25 |

Total Hours................. 1.25

Fees through 12/31/2014.................................... $868.75

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Wells, Peter B | $695.00 | 1.25 | $868.75 |
| Fees through 12/31/2014............... | | 1.25 | $868.75 |

Fees this Invoice......................................................... $868.75

**Total Due this Invoice..............................................** **$868.75**

**Please remit payment within thirty (30) days.**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address
————————————————————————————————————————————

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 791361
Total Amount Due: $868.75

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355128**

# Arnold&Porter

Argre Management LLC                                      March 30, 2015
Argre Management LLC                                  Invoice # 2794345
40 West 57th Street Suite 1610                         EIN 53-0208605
New York, New York  10019
acolodner@maplept.com
, NY


**Client/Matter # 1000647.00001**

General




**For Legal Services Rendered through February 28, 2015**                137.70


**Total Amount Due**                                        $            137.70




Wire Transfer Instructions:

|  |  |
|---|---|
| Account Name: | Arnold & Porter Kaye Scholer LLP |
| Bank Info: | Wells Fargo Bank NA |
|  | 420 Montgomery Street |
|  | San Francisco, CA  94104 |
| Account Number: | 4127865475 |
| ABA Number: | 121000248 |
| Swift Code: | WFBIUS6S |

Or Remit To:                     Arnold & Porter Kaye Scholer LLP
                                 P.O. Box 759451
                                 Baltimore, MD  21275-9451

**Please include invoice number on all remittances**

For billing inquiries or copies of invoices, please contact:  Invoice@arnoldporter.com

March 30, 2015                                                      Invoice # 2794345

**(1000647.00001)**
General

**Legal Services:**

| Name | Date | Hours | Narrative |
|---|---|---|---|
| Michael Ben-Jacob | 02/19/15 | 0.17 | Call with Fed Reserve re: TIC Filings. |
| **Total Hours** | | **0.17** | |

**Legal Services-Attorney Summary**

| Timekeeper | Hours | Rate | Value |
|---|---|---|---|
| **Partner** | | | |
| Michael Ben-Jacob | 0.17 | 810.00 | 137.70 |
| **Subtotal:** | **0.17** | | **137.70** |
| **TOTAL** | **0.17** | | **137.70** |

**Total Current Amount Due**                                        **$137.70**

Page 1

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          **WH_MDL_00355130**



**KAYE | SCHOLER** LLP

250 West 55th Street
New York, NY 10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO: Argre Management LLC                                        July 31, 2015
40 West 57th Street Suite 1610
New York, New York 10019
acolodner@maplept.com

**RE:** General                                              **Invoice#:** 805139
**Our File Number:**00647/0001                                **PAGE:** 1

====================================================================
**INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH** 06/30/2015
====================================================================

|            |                                                                                                                        | **Hours** |
|------------|------------------------------------------------------------------------------------------------------------------------|-----------|
| 04/16/2015 | Veillette, Rebecca                                                                                                      | 1.20      |
|            | Attention to questions regarding 2013 FBAR filings, structure of entities and reporting requirements of same. Interoffice conferences. |           |
| 04/22/2015 | Veillette, Rebecca                                                                                                      | 1.30      |
|            | Attention to FBAR questions.                                                                                           |           |
| 04/24/2015 | Veillette, Rebecca                                                                                                      | 0.45      |
|            | Attention to FBAR matters.                                                                                             |           |
| 05/05/2015 | Veillette, Rebecca                                                                                                      | 0.40      |
|            | Attention to FBAR matters.                                                                                             |           |
| 05/07/2015 | Veillette, Rebecca                                                                                                      | 0.45      |
|            | Attention to foreign bank account reporting matters. Interoffice conferences regarding same.                           |           |
| 05/08/2015 | Veillette, Rebecca                                                                                                      | 0.20      |
|            | Attention to 2013 FBAR information.                                                                                    |           |
| 05/13/2015 | Veillette, Rebecca                                                                                                      | 0.45      |
|            | Attention to foreign tax reporting matters.                                                                            |           |

Total Hours................. 4.45

Fees through 06/30/2015................................... $1,446.25

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**        **WH_MDL_00355131**

**KAYE** | **SCHOLER** LLP

TO:    Argre Management LLC                                    July 31, 2015

**RE:** General                                              **Invoice#:** 805139
**Our File Number:** 00647/0001                              **PAGE:**    2

===========================================================================

```
*--------------------------------TIME AND FEE SUMMARY-------------------------------*
                                    Rate        Hours          Fees
Veillette, Rebecca                $325.00        4.45       $1,446.25

            Fees through 06/30/2015..............    4.45       $1,446.25


        Fees this Invoice..........................................................    $1,446.25
        Total Due this Invoice................................................    $1,446.25
```

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**              **WH_MDL_00355132**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# NEW PAYMENT ADDRESS
## Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
Mail Code 81
P. O. Box 11839
Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
153 East 53rd Street
New York, New York 10022
Attention: Marsha Burnett
Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 805139
Total Amount Due: $1,446.25

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**          WH_MDL_00355133



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:     Argre Management LLC                                     August 21, 2015
        40 West 57th Street Suite 1610
        New York, New York  10019
        acolodner@maplept.com

**RE:** General                                          **Invoice#:** 807022
**Our File Number:**00647/0001                            **PAGE:**    1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 07/31/2015

|  | **Hours** |
|---|---|
| 07/14/2015   Golub, Elizabeth | 0.25 |
| Total Hours................. | 0.25 |
| Fees through 07/31/2015.................................... | $70.00 |

*---------------------------------TIME AND FEE SUMMARY---------------------------------*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Golub, Elizabeth | $280.00 | 0.25 | $70.00 |
| Fees through 07/31/2015............... | | 0.25 | $70.00 |

*-----------------------COSTS ADVANCED THROUGH 07/31/2015-----------------------*

| Corp. Filings & Searches | $250.50 |
|---|---|
| Total Costs through 07/31/2015......................... | $250.50 |

| Fees this Invoice......................................................................... | $70.00 |
|---|---|
| Costs this Invoice...................................................................... | $250.50 |
| **Total Due this Invoice...............................................................** | **$320.50** |

**Please remit payment within thirty (30) days.**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                **WH_MDL_00355134**



250 West 55th Street
New York, NY  10019-9710
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

## NEW PAYMENT ADDRESS
### Effective immediately, please use this P.O. Box address

If paying by mail: Kaye Scholer LLP
                   Mail Code 81
                   P. O. Box 11839
                   Newark, New Jersey 07101-8138

## WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
      153 East 53rd Street
      New York, New York 10022
      Attention: Christopher Kary
      Telephone: 212.559.3787

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0001
Invoice Number: 807022
Total Amount Due: $320.50

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO · FRANKFURT · LONDON · LOS ANGELES · NEW YORK · PALO ALTO · SHANGHAI · WASHINGTON, DC · WEST PALM BEACH

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**