# Exhibit 80

# Arnold & Porter Kaye Scholer LLP

## Bill and Payment Summary

*(Amounts in Transaction Currency)*

| Clnt. Matt Code | Bill # | Bill Date | Fees Billed | Disbursements Billed | Total Billed Amount | Payment Received | Last Payment Date | Write Off Amount | AR Balance |
|---|---|---|---|---|---|---|---|---|---|
| Ben-Jacob, Michael for Argre Management LLC | | | | | | | | | |
| 1000647.00004 | 2698162 | 3/31/2012 | $50,917.05 | - | $50,917.05 | ($50,917.05) | 4/24/2012 | - | - |
| | 2699289 | 4/11/2012 | $8,604.70 | $40.15 | $8,644.85 | ($8,644.85) | 5/1/2012 | - | - |
| | 2702757 | 5/14/2012 | $30,571.30 | $2,125.73 | $32,697.03 | ($32,697.03) | 7/17/2012 | - | - |
| Duet - Ex-Dividend Transaction - Total | | | $90,093.05 | $2,165.88 | $92,258.93 | ($92,258.93) | | - | - |
| | | GRAND TOTAL | $90,093.05 | $2,165.88 | $92,258.93 | ($92,258.93) | | - | - |

1

6/15/2018 10:57:40 AM

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER          WH_MDL_00355207



|  |  |
|---|---|
|  | 425 Park Avenue |
|  | New York, NY  10022-3598 |
|  | 212.836.8000 |
|  | www.kayescholer.com |
|  | Fed. Identification No. 13-1672623 |

TO:   John H. van Merkensteijn           March 31, 2012
      Argre Management LLC
      40 West 57th Street
      New York, New York 10019

**RE:** Ex-Dividend Transaction                         **Invoice#:** 698162
**Our File Number:** 00647/0004                          **PAGE:**   1

=====================================================================
### INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012
=====================================================================

|  |  | Hours |
|---|---|---|
| 03/01/2012 | Ben-Jacob, Michael | 1.25 |
|  | Call with Matt re ex-dividend/401(k) questions; call with Ezra accountant re tax filing matters. |  |
| 03/01/2012 | Woodard, A.F. | 2.00 |
|  | Office conference M. Ben-Jacob; conference call client, and review of material re proposed investment. |  |
| 03/02/2012 | Woodard, A.F. | 2.75 |
|  | Office conference M. Ben-Jacob, conference call client, and review of material re prohibited transactions, indicia of ownership and other issues. |  |
| 03/03/2012 | Woodard, A.F. | 2.25 |
|  | Research re indicia of ownership and ESOP loans. |  |
| 03/05/2012 | Ben-Jacob, Michael | 2.08 |
|  | Call with Ritch and Adam re potential new ex-dividend transactions; related calls with Chantis; calls with Rebecca re IRS certificates. |  |
| 03/05/2012 | Woodard, A.F. | 1.75 |
|  | Research re party-in-interest and ESOPs. |  |
| 03/06/2012 | Ben-Jacob, Michael | 1.33 |
|  | Call with John vanMerkensteijn regarding ex-Dividend transactions. Related call with Woody. |  |
| 03/06/2012 | Woodard, A.F. | 0.75 |
|  | Research re various issues re proposed investment. |  |
| 03/07/2012 | Ben-Jacob, Michael | 0.33 |
|  | Call with John vanMerkensteijn regarding answers to follow up questions related to ex-dividend transactions. |  |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                         WH_MDL_00355208

Case 1:18-md-02865-LAK   Document 1204-84   Filed 09/26/24   Page 4 of 17

**KAYE SCHOLER LLP**

| | |
|---|---|
| TO:    John H. van Merkensteijn | March 31, 2012 |
| RE: Ex-Dividend Transaction | Invoice#: 698162 |
| Our File Number: 00647/0004 | PAGE: 2 |

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/07/2012 | Woodard, A.F.<br>Telephone conference M. Ben-Jacob and review of material re use of trust and other matters. | 1.33 |
| 03/08/2012 | Woodard, A.F.<br>Conference call client re various elements of proposed investment and research re same. | 1.17 |
| 03/09/2012 | Woodard, A.F.<br>Review of material re various issues. | 0.67 |
| 03/12/2012 | Ben-Jacob, Michael<br>Review Duet presentation regarding ex-dividend transactions. | 0.33 |
| 03/12/2012 | Woodard, A.F.<br>Telephone conference M. Stein re margin account and other matters. | 0.50 |
| 03/13/2012 | Ben-Jacob, Michael<br>Meetings, calls and e-mail re new ex-dividend transaction. | 1.92 |
| 03/13/2012 | Tuchman, L.<br>Office conference with M. Ben-Jacob re: additional ex-dividend transactions; review same. | 0.75 |
| 03/13/2012 | Wells, Peter B<br>Discuss issues related to transaction. Review diligence file and work on issues related to the same. Draft and revise Resolutions for Ezra. Call with Ezra re the same. | 3.50 |
| 03/14/2012 | Ben-Jacob, Michael<br>Call with rich re structuring issues; related follow-up with Woody and attention to related e-mails. | 1.50 |
| 03/14/2012 | Woodard, A.F.<br>Office conference Ben-Jacob re proposed investment; conference call M. Ben-Jacob and client; research re various issues. | 2.67 |
| 03/14/2012 | Wells, Peter B<br>Review and revise resolutions for Ezra. Work on issue related to diligence. Work on indemnity agreement. Discuss issues re the same with Ezra. | 3.00 |
| 03/15/2012 | Ben-Jacob, Michael<br>Calls/e-mails re structuring issues. | 2.75 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355209

**KAYE SCHOLER LLP**

TO: John H. van Merkensteijn                                                    March 31, 2012

RE: Ex-Dividend Transaction                                                     Invoice#: 698162
Our File Number: 00647/0004                                                     PAGE: 3

---

| Date | Timekeeper | Hours |
|---|---|---|
| 03/15/2012 | Tuchman, L. | 0.25 |
| | Office conference with M. Ben-Jacob re: Luxco structure. | |
| 03/15/2012 | Woodard, A.F. | 1.33 |
| | Telephone conference M. Ben-Jacob, telephone conferences M. Ben-Jacob and client, review of material. | |
| 03/16/2012 | Ben-Jacob, Michael | 2.50 |
| | Call with Rich and further calls and follow-up with Duet group; related calls with Peter. | |
| 03/16/2012 | Woodard, A.F. | 2.17 |
| | Review of material re various issues. | |
| 03/16/2012 | Wells, Peter B | 4.00 |
| | Work in issues related to IRAs and related matters. Work on issues related to diligence related to transaction. Follow-up on issues related Delaware trusts and trustees. | |
| 03/19/2012 | Ben-Jacob, Michael | 0.42 |
| | Ex-Dividend: Attention to emails and conference with Louis. | |
| 03/19/2012 | Woodard, A.F. | 2.25 |
| | Telephone conference M. Ben-Jacob and review of material re UBTI and other issues. | |
| 03/19/2012 | Wells, Peter B | 2.00 |
| | Call with Glenmede re Delaware Trust planning. Review and revise Gravenhage Trust. Follow-up on issues re the same. | |
| 03/20/2012 | Ben-Jacob, Michael | 0.25 |
| | Ex-Dividend: Attention to emails re: structure for transaction. | |
| 03/20/2012 | Woodard, A.F. | 2.67 |
| | Telephone conferences R. Markowitz and review of material re fiduciary status and other matter. | |
| 03/20/2012 | Wells, Peter B | 1.67 |
| | Review due diligence documents. Review correspondence re structures. Discuss the same with Mr. Woodard. | |
| 03/21/2012 | Tuchman, L. | 1.00 |
| | Review documents for ex-dividend transactions. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                            WH_MDL_00355210

**KAYE SCHOLER LLP**

TO: John H. van Merkensteijn  March 31, 2012

RE: Ex-Dividend Transaction  Invoice#: 698162
Our File Number: 00647/0004  PAGE: 4

---

| | | |
|---|---|---:|
| 03/21/2012 | Woodard, A.F. | 2.83 |
| | Review of draft Investment Management and other documents; review of fiduciary rules. | |
| 03/21/2012 | Wells, Peter B | 1.50 |
| | Review swap documents. | |
| 03/22/2012 | Tuchman, L. | 0.58 |
| | Review of documents; office conference with M. Ben-Jacob re: partnerships and structural issues. | |
| 03/22/2012 | Woodard, A.F. | 2.67 |
| | Telephone conference R. Markowitz, preparation of memo re Duet and review of material. | |
| 03/23/2012 | Ben-Jacob, Michael | 1.75 |
| | Ex-Dividend: Attention to emails, call with Duet. Call with Richard Louis. Related calls with Woody. | |
| 03/23/2012 | Tuchman, L. | 2.33 |
| | Review Gibraltar LP agreement; telephone conferences and office conferences with A.F. Woodard and review his memorandum; review swap document; conference call with M. Ben-Jacob and R. Markowitz. | |
| 03/23/2012 | Woodard, A.F. | 1.25 |
| | Office conference L. Tuchman re proposed transaction and review of material. | |
| 03/26/2012 | Ben-Jacob, Michael | 1.33 |
| | Ex-Dividend: Call with Duet group. Follow up conference with Woody. | |
| 03/26/2012 | Woodard, A.F. | 3.58 |
| | Office conference M. Ben-Jacob, research re Duet issues, and preparation of memo re such issues. | |
| 03/27/2012 | Ben-Jacob, Michael | 0.42 |
| | Conference with Woody and email to Rich re: PPM. | |
| 03/27/2012 | Woodard, A.F. | 2.92 |
| | Preparation of memo re Duet's status and review of material re same; review of PPM and office conference M. Ben-Jacob re same. | |
| 03/28/2012 | Ben-Jacob, Michael | 0.75 |
| | Ex-Dividend: Review LP Agreement memo re: IRA. | |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**  WH_MDL_00355211

**KAYE SCHOLER LLP**

TO:  John H. van Merkensteijn                                                    March 31, 2012

RE: Ex-Dividend Transaction                                                      Invoice#: 698162
Our File Number: 00647/0004                                                      PAGE:   5

===============================================================================

| Date | Timekeeper / Description | Hours |
|---|---|---|
| 03/28/2012 | Woodard, A.F.<br>Revision of memo re Duet's role and telephone conference M. Ben-Jacob re same; review of material re loan from IRA. | 2.00 |
| 03/29/2012 | Ben-Jacob, Michael<br>Review/edit LP agreement and PPM, attend call with Duet Group and preliminary call with Rich, meetings with Louis and Woody to discuss related issues. | 5.00 |
| 03/29/2012 | Woodard, A.F.<br>Office conference M. Ben-Jacob re "reasonable compensation" issues and review of material re same. | 1.75 |

                                                                Total Hours.................   85.75

            Fees through 03/31/2012.....................   $65,917.05


\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

|  | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 23.91 | $17,454.30 |
| Tuchman, L. | 895.00 | 4.91 | 4,394.45 |
| Woodard, A.F. | 825.00 | 41.26 | 34,039.50 |
| Wells, Peter B | 640.00 | 15.67 | 10,028.80 |
| Fees through 03/31/2012 |  | 85.75 | $65,917.05 |


Fees this Invoice.................................................   $65,917.05
Less Discount of.................................................   (15,000.00)
Adjusted Fees.......................................................   $50,917.05
**Total Due this Invoice............................................................   $50,917.05**

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                              WH_MDL_00355212

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 698162
Total Amount Due: $50,917.05

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CHICAGO • FRANKFURT • LONDON • LOS ANGELES • NEW YORK • PALO ALTO • SHANGHAI • WASHINGTON, DC • WEST PALM BEACH

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355213



425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  John H. van Merkensteijn                                    April 11, 2012
     Argre Management LLC
     40 West 57th Street
     New York, New York 10019

**RE:** Ex-Dividend Transaction                    **Invoice#:** 699289
**Our File Number:** 00647/0004                              **PAGE:**   1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 03/31/2012

|            |                           | Hours |
|---|---|---|
| 03/02/2012 | Veillette, Rebecca        | 3.33 |
|            | Administration matters regarding new dividend deal and charities. | |
| 03/05/2012 | Veillette, Rebecca        | 2.67 |
|            | Administration matters in connection with dividend deal. | |
| 03/06/2012 | Veillette, Rebecca        | 2.00 |
|            | Administration regarding documentation for charities. | |
| 03/07/2012 | Veillette, Rebecca        | 2.25 |
|            | Administration matters. | |
| 03/15/2012 | Veillette, Rebecca        | 3.08 |
|            | Formation of 4 new LLCs, attention to patriot act forms. Conference with Peter Wells. | |
| 03/16/2012 | Veillette, Rebecca        | 2.67 |
|            | Attention to KYC information for new dividend deal. Prepare table of contents. Conferences with Peter Wells. | |
| 03/22/2012 | Veillette, Rebecca        | 1.08 |
|            | Attention to new formation of new LLCs. | |
| 03/23/2012 | Veillette, Rebecca        | 0.33 |
|            | Administration matters. | |
| 03/28/2012 | Veillette, Rebecca        | 1.00 |
|            | Attention to e-mail correspondence regarding new dividend deal. | |
| 03/30/2012 | Ben-Jacob, Michael        | 3.50 |
|            | Review/edit LP agreement. Related emails, call with Rich and further revisions. | |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                    WH_MDL_00355214

**KAYE SCHOLER LLP**

TO:  John H. van Merkensteijn                                                April 11, 2012

RE: Ex-Dividend Transaction                                                  **Invoice#:** 699289
Our File Number: 00647/0004                                                   PAGE:  2

===============================================================================

| 03/30/2012 | Woodard, A.F. | | | 0.75 |
|---|---|---|---|---|
| | Review of material re fiduciary issues. | | | |
| | | | Total Hours.................. | 22.66 |
| | Fees through 03/31/2012.................................. | | | $8,604.70 |

\*--------------------------------TIME AND FEE SUMMARY--------------------------------\*

| | Rate | Hours | Fees |
|---|---|---|---|
| Ben-Jacob, Michael | $730.00 | 3.50 | $2,555.00 |
| Woodard, A.F. | 825.00 | 0.75 | 618.75 |
| Veillette, Rebecca | 295.00 | 18.41 | 5,430.95 |
| Fees through 03/31/2012............... | | 22.66 | $8,604.70 |

\*------------------------COSTS ADVANCED THROUGH 03/31/2012-----------------------\*

| Duplicating | $3.40 |
|---|---|
| Meals | 36.75 |
| Total Costs through 03/31/2012....................... | $40.15 |

\*---------------------------------OUTSTANDING BALANCE---------------------------------\*

| Invoice# | Date | Amount |
|---|---|---|
| 698162 | 03/31/2012 | $50,917.05 |
| Prior Balance Due................................................................... | | $50,917.05 |

| Fees this Invoice................................................................ | $8,604.70 |
|---|---|
| Costs this Invoice................................................................ | $40.15 |
| Total Due this Invoice........................................................... | $8,644.85 |
| Prior Balance Due (from above)................................................. | 50,917.05 |

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                       WH_MDL_00355215

**KAYE SCHOLER LLP**

| | |
|---|---|
| TO:   John H. van Merkensteijn | April 11, 2012 |
| **RE:** Ex-Dividend Transaction | **Invoice#:** 699289 |
| **Our File Number:** 00647/0004 | PAGE:   3 |

===============================================================================

TOTAL DUE............................................................................   $59,561.90

**Please remit payment within thirty (30) days.**

---

**IF PAYMENT HAS ALREADY BEEN MADE, PLEASE DISREGARD OUTSTANDING AMOUNT(S).**

**KAYE SCHOLER LLP**

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                   **WH_MDL_00355216**

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY  10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 699289
Total Amount Due: $59,561.90

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER            WH_MDL_00355217



**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

TO:  John H. van Merkensteijn
Argre Management LLC
40 West 57th Street
New York, New York 10019

May 14, 2012

**RE:** Duet - Ex-Dividend Transaction
**Our File Number:** 00647/0004

**Invoice#:** 702757
**PAGE:** 1

## INVOICE FOR PROFESSIONAL SERVICES RENDERED THROUGH 04/30/2012

| Date | Name | Description | Hours |
|---|---|---|---|
| 03/13/2012 | Woodard, A.F. | Research and review of material re use of IRA, prohibited transaction rules and other issues. | 2.83 |
| 03/18/2012 | Woodard, A.F. | Review of material re UBTI and other issues. | 0.92 |
| 04/01/2012 | Woodard, A.F. | Review of material re IRA investment in another entity. | 1.42 |
| 04/02/2012 | Ben-Jacob, Michael | Review IMA, related calls and e-mails with Rich and Woody. | 3.00 |
| 04/02/2012 | Woodard, A.F. | Telephone conferences R. Markowitz and M. Ben-Jacob re use of IRA in proposed transaction. | 0.83 |
| 04/02/2012 | Wells, Peter B | Review new operating agreement. | 0.75 |
| 04/02/2012 | Veillette, Rebecca | Attention to Otztal LLC documents. | 0.50 |
| 04/03/2012 | Ben-Jacob, Michael | Call with Duet Group. Follow up call with Rich. Follow up with Woody and Louis on open issues. | 2.00 |
| 04/03/2012 | Woodard, A.F. | Telephone conference M. Ben-Jacob and e-mails re various issues re the IRA. | 0.67 |
| 04/03/2012 | Wells, Peter B | | 1.83 |

**KAYE SCHOLER LLP**

TO:     John H. van Merkensteijn                                          May 14, 2012

RE: Duet - Ex-Dividend Transaction                                Invoice#: 702757
Our File Number: 00647/0004                                          PAGE:   2

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| | | Work on issues related to foreign reporting requirements. | |
| 04/03/2012 | Veillette, Rebecca | Follow-up regarding Otztal LLC KYC information. | 0.50 |
| 04/04/2012 | Woodard, A.F. | Review of material re IRA and documents. | 0.67 |
| 04/04/2012 | Wells, Peter B | Work on issues related to diligence. | 1.25 |
| 04/04/2012 | Veillette, Rebecca | Attention to amended operating agreement. | 1.58 |
| 04/04/2012 | Veillette, Rebecca | Attention to Ezra KYC documentation. | 2.92 |
| 04/05/2012 | Ben-Jacob, Michael | Review/analysis of open issues and related e-mail to Rich; prepare Subordinated Note; conferences with Louis; e-mail to Rich regarding call on GP shares; telephone conference with Duet Group. | 2.75 |
| 04/05/2012 | Veillette, Rebecca | Administration/tax matters. | 0.83 |
| 04/06/2012 | Wells, Peter B | Work on issues related to U.S. reporting. | 1.42 |
| 04/10/2012 | Ben-Jacob, Michael | Numerous calls, emails and conferences to address numerous deal issues. Attention to edits to LPA and IMA. | 1.25 |
| 04/10/2012 | Woodard, A.F. | Office conference M. Ben-Jacob and review of material. | 0.42 |
| 04/12/2012 | Ben-Jacob, Michael | Review/edit LPA, IMA and side letter. Attention to related emails. calls with Rich and Duet. Follow up call with Matt. Further edits to documents and related emails. | 6.17 |
| 04/12/2012 | Veillette, Rebecca | Administration matters regarding documentation for dividend deal. | 2.25 |
| 04/15/2012 | Ben-Jacob, Michael | Numerous calls, emails with Rich and Group; review Duet documents, etc. | 3.50 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                               WH_MDL_00355219

**KAYE SCHOLER LLP**

| | | |
|---|---|---|
| TO: John H. van Merkensteijn | | May 14, 2012 |
| RE: Duet - Ex-Dividend Transaction | | **Invoice#:** 702757 |
| **Our File Number:** 00647/0004 | | PAGE:   3 |

===============================================================================

| | | |
|---|---|---:|
| 04/16/2012 | Ben-Jacob, Michael | 2.42 |
| | Call with Duet; numerous calls, emails with Rich and Group; review Duet documents, etc. | |
| 04/16/2012 | Tuchman, L. | 1.75 |
| | Review swap, LP agreement and other documents. | |
| 04/16/2012 | Veillette, Rebecca | 1.75 |
| | Administrative matters. | |
| 04/19/2012 | Wells, Peter B | 1.25 |
| | Follow-up on issues related reporting. | |
| | Total Hours................. | 47.43 |
| | Fees through 04/30/2012..................................... | $30,571.30 |

\*----------------------------------TIME AND FEE SUMMARY----------------------------------\*

| | Rate | Hours | Fees |
|---|---:|---:|---:|
| Ben-Jacob, Michael | $730.00 | 21.09 | $15,395.70 |
| Tuchman, L. | 895.00 | 1.75 | 1,566.25 |
| Woodard, A.F. | 825.00 | 7.76 | 6,402.00 |
| Wells, Peter B | 640.00 | 6.50 | 4,160.00 |
| Veillette, Rebecca | 295.00 | 10.33 | 3,047.35 |
| Fees through 04/30/2012............... | | 47.43 | $30,571.30 |

\*------------------------COSTS ADVANCED THROUGH 04/30/2012----------------------\*

| | |
|---|---:|
| Transportation | $111.58 |
| Meals | 211.94 |
| Messengers/Courier | 157.21 |
| Filing Fees/Court Fees | 1,645.00 |
| Total Costs through 04/30/2012......................... | $2,125.73 |

**CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER**                              **WH_MDL_00355220**

Case 1:18-md-02865-LAK   Document 1204-84   Filed 09/26/24   Page 16 of 17

**KAYE SCHOLER LLP**

TO: John H. van Merkensteijn                                                                                   May 14, 2012

    **RE:** Duet - Ex-Dividend Transaction                                                               **Invoice#:** 702757
    **Our File Number:** 00647/0004                                                                        **PAGE:** 4

---

| | |
|---|---:|
| Fees this Invoice............................................................................ | $30,571.30 |
| Costs this Invoice.......................................................................... | $2,125.73 |
| **Total Due this Invoice................................................................** | **$32,697.03** |

**Please remit payment within thirty (30) days.**

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER                                           WH_MDL_00355221

**KAYE SCHOLER LLP**

425 Park Avenue
New York, NY 10022-3598
212.836.8000
www.kayescholer.com
Fed. Identification No. 13-1672623

# WIRE TRANSFER INSTRUCTIONS

Bank: Citibank, N.A.
666 5th Avenue
New York, New York 10103
Attention: Yoannis Cepeda
Telephone: 212.559.1980

ABA Routing Number: 021000089
Bank Identification Code/SWIFT Code: CITIUS33
Account Name: Kaye Scholer LLP
Account Number: 9981494431

RE: Argre Management LLC
Our File Number: 00647/0004
Invoice Number: 702757
Total Amount Due: $32,697.03

Where applicable, please include our file number(s) or invoice number(s).

Thank you for your payment.

CONFIDENTIAL / PRIVILEGED – SUBJECT TO 502(d) ORDER     WH_MDL_00355222